**HKM**
HAGUE | KEERY | McCUE

MARTIN J. MCCUE, STATE BAR NO. 018849
PATRICK F. KEERY, STATE BAR NO. 030971

**HAGUE KEERY & MCCUE, PLLC**
3900 E. CAMELBACK RD., SUITE 135
PHOENIX, AZ 85018
TELEPHONE (480) 478-0709
mjm@hkmaz.com
pfk@hkmaz.com
*Attorneys for the Debtor*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Case No. 2:13-bk-05709-DPC |
| **DEBORAH BREWER,** | Chapter 11 |
| Debtor. | **NOTICE OF STATUS OF CLAIMS** |
| Social Security No.: xxx-xx-2095 | |

Deborah Brewer (the "**Debtor**"), by and through undersigned counsel, hereby provides this Notice of Status of Claims. There are seventeen discrete claims filed in the Bankruptcy Proceeding. Additionally, there were claims referred to within the United States Trustee's Objection ("**UST Objection**")(Dkt. No. 317) to Stipulation and Settlement ("**Stipulation**")(Dkt. No. 308). Pursuant to the Court's ME Order dated November 23, 2015 (Dkt. No. 321), the Debtor hereby informs the court as to the status of the filed and unfiled claims so that the Court may rule upon the Stipulation.

**Claims Bar Notice and Bar Date**

1. The Debtors filed their bankruptcy case on April 10, 2013 (the "**Petition Date**") commencing the instant bankruptcy proceeding ("**Bankruptcy Proceeding**").

2. On August 6, 2013, the Debtor filed a Bar Date Notice of Filing Motion Setting Bar Date for Creditors to File a Proof of Claim and Opportunity for Objections Thereto setting the claims bar date for October 16, 2013 ("**Bar Date Notice**")(*see* Dkt. No. 75). On September 5, 2013, the Court entered an Order Setting Bar Date for Creditors to File a Proof of Claim ("**Bar Date Order**")(*see* Dkt. No. 93).

3. Pursuant to the express terms of the Bar Date Order, any creditor who did not file a claim by the claim bar date was forever barred from asserting a claim against the Debtor or the bankruptcy estate and was barred from sharing in a distribution from the Debtor or the bankruptcy estate.

## FILED CLAIMS

### Claim No. 1

Claim No. 1 was filed by Payne Family, LLC ("**Payne**") on or about April 23, 2013 in the amount of $111,534.40 and amended on or about June 17, 2013 to $131,947.80. Claim No. 1 is related to a defaulted real property lease. Payne's claim is addressed in the Stipulation and Settlement ("**Stipulation**") filed on November 5, 2015 (*see* Dkt. No. 308).

### Claim No. 2 - Withdrawn

Claim No. 2 was filed by the Arizona Department of Revenue ("**ADOR**") on or about May 1, 2013. The ADOR subsequently withdrew Claim No. 2 on or about May 11, 2015 (*see* Dkt. No. 255).

### Claim No. 3 - Withdrawn

Claim No. 3 was filed by LVNV Funding, LLC ("**LVNV**") on or about June 28, 2013 in the amount of $566.89. LVNV subsequently withdrew Claim No. 3 on or about November 25, 2015 (*see* Dkt. No. 322).

### Claim No. 4 - Withdrawn

Claim No. 4 was filed by Action Financial ("**Action**") on or about July 30, 2013 in the amount of $14,680.53. Action subsequently withdrew Claim No. 4 on or about July 2, 2015 (*see*

Dkt. No. 275);

### Claim No. 5

Claim No. 5 was filed by Wells Fargo Bank, N.A. ("**Wells Fargo**") on or about August 12, 2013 in the amount of $2,002,317.11 and amended on or about December 4, 2013 to 2,000,963.25. Wells Fargo is the first mortgage lender for the Debtor's real property located in Manhattan Beach, CA ("**Manhattan Beach Property**"). The Stipulation contemplates the sale of the Manhattan Beach Property and Wells Fargo will be paid first out of any sale proceeds prior to the distributions contemplated under the Stipulation. Wells Fargo did not object to the Stipulation.

### Claim No. 6

Claim No. 6 was filed by Robert C. Wesley Jewelers, Inc. ("**RCWJ**") on or about August 20, 2013 in the amount of $18,530.80. Claim No. 6 is related to a check paid by C. Robert Brewer ("Mr. Brewer") in the amount of $6,200 that was returned insufficient funds. Claim No. 6 includes a request for attorneys fees and statutory penalties. Mr. Brewer entered into a settlement agreement with RCWJ after the filing of Claim No. 6 (*see* CRB Declaration attached hereto as **Exhibit A** at 1, ¶5). Mr. Brewer has made the payments required under the settlement agreement (*see* CRB Decl. at 2, ¶6). RCWJ did not object to the Stipulation.

### Claim No. 7

Claim No. 7 was filed by Compass Bank ("**Compass**") on September 27, 2013 in the amount of $761,142.32 and subsequently amended in the same amount on the same day. Compass's Claim is addressed in the Stipulation.

### Claim No. 8

Claim No. 8 was filed by Capital One, N.A on May 13, 2013 in the amount of $401.69. Capital One subsequently assigned / transferred their claim to eCAST Settlement Corporation ("eCAST")(*see* Dkt No. 158). The Debtor does not, did she ever have credit with Capital One. Mr. Brewer contacted Capital One and they have no record of the claim (*see* CRB Decl. at 2, ¶6). eCAST did not object to the Stipulation.

### Claim No. 9

Claim No. 9 was filed by Wells Fargo Bank, N.A. ("**Wells Fargo**") on or about August 11, 2014 in the amount of $2,000,273.41 and appears to be a duplicate claim to Claim No. 5. The Wells Fargo claim related to the Manhattan Beach Property is addressed in Claim No. 5 *supra*. Wells Fargo did not object to the Stipulation.

### Claim No. 10

Claim No. 10 was filed by Thomas F. White ("**Mr. White**") on or about December 15, 2014 in the amount of $243,102.14. Mr. White's claim is addressed in the Stipulation which provides for the allowance of his claim and a payment in the amount of $121,551.07 from the sale proceeds of the Manhattan Beach Property.

### Claim No. 11 - Withdrawn

Claim No. 11 was filed by the ADOR on or about December 19, 2014 in the amount of $2,087.00. Claim No. 11 was amended on or about April 22, 2015 and again on or about May 11, 2015 and then was subsequently withdrawn by the ADOR on or about November 20, 2015 (*see* Dkt. No. 319).

### Claim No. 12

Claim No. 12 was filed by Ron Davis ("**R. Davis**") on or about May 7, 2015 in the amount of $64,530.67. R. Davis's claim is addressed in the Stipulation which provides for the allowance of his claim and a payment in the amount of $32,265.34 from the sale proceeds of the Manhattan Beach Property.

### Claim No. 13

Claim No. 13 was filed by Isaac Davis ("**I. Davis**") on or about May 7, 2015 in the amount of $54,058.59. I. Davis's claim is addressed in the Stipulation which provides for the allowance of his claim and a payment in the amount of $27,029.45 from the sale proceeds of the Manhattan Beach Property.

### Claim No. 14

Claim No. 14 was filed by Alan Nero ("**Mr. Nero**") on or about May 7, 2015 in the

amount of $64,530.67. Mr. Nero's claim is addressed in the Stipulation which provides for the allowance of his claim and a payment in the amount of $27,029.45 from the sale proceeds of the Manhattan Beach Property.

**Claim No. 15**

Claim No. 15 was filed by Terry Tapp ("**Mr. Tapp**") on or about July 31, 2015 in the amount of $360,000.00. Mr. Tapp's claim is addressed in the Stipulation which provides for the allowance of his claim and a payment in the amount of $180,000 from the sale proceeds of the Manhattan Beach Property.

**Claim No. 16**

Claim No. 16 was filed by John Spead ("**Mr. Spead**") on or about October 6, 2015 in the amount of $178,713.00. Claim No. 17. Mr. Brewer entered into a settlement agreement with Mr. Spead after the filing of Claim No. 17 (*see* CRB Declaration at 2, ¶7). Mr. Brewer will commence making payments under the settlement agreement on November 30, 2015 (*see* CRB Decl. at 2, ¶8). Mr Spead is represented by counsel and did not object to the Stipulation.

**Claim No. 17**

Claim No. 17 was filed by Edwin Buckmaster ("**Mr. Buckmaster**") on or about October 22, 2015 in the amount of $10,804.31. Claim 17 arises out of a business lease default from many years ago and a judgment ("**Judgment**") that was entered against the Debtor and Mr. Brewer in 2010. The Judgment was subsequently renewed by Mr. Buckmaster in September of 2015. Debtor's counsel has discussed claim treatment with Mr. Buckmaster's counsel, Wesley Loy, and the parties have reached an agreement to resolve the claim. Pursuant to the agreement, the Debtor has agreed to acknowledge the validity of the amount reflected in the Claim No. 17 and acknowledge the validity and enforceability of the debt against herself and Mr. Brewer. The Debtor and Mr. Brewer have agreed that Mr. Buckmaster will be paid three thousand dollars ($3,000) ("**Settlement Payment**") from the net sale proceeds of the Manhattan Beach Property. The Settlement Payment is junior to the payments to the parties to the Stipulation. If there is not sufficient funds to pay the parties to the Stipulation, plus the Settlement Payment, Mr. Buckmaster would retain his state law rights to collect on the Judgment. If Mr. Buckmaster is paid the agreed upon Settlement Payment, he will file a satisfaction of judgment relinquishing

any further rights under the Judgment. A copy of the correspondence between Debtor's counsel and Mr. Loy is attached hereto as **Exhibit B**. Mr. Buckmaster is represented by counsel and did not object to the Stipulation.

### SCHEDULED CLAIMS WITHOUT FILED PROOFS OF CLAIM

The Debtor is aware of additional claims where a proof of claim was not filed in the claims register for the Bankruptcy Proceeding, but which were referenced in the UST's Objection.

### American Express

American Express was listed as disputed in the Debtor's bankruptcy schedules and were also included in the master mailing list. American Express did not file a proof of claim by the claims bar date. American Express did not file an objection to the Stipulation.

### Northern Trust

Northern Trust was listed as disputed in the Debtor's bankruptcy schedules and did not file a proof of claim by the claims bar date. Northern Trust was represented by counsel in the Bankruptcy Proceeding and in December 2013, the Debtor stipulated to relief from the automatic stay pursuant to Northern Trust's request (*see* Order at Dkt. Nos.130). On or about March 24, 2014, The Debtor and Mr. Brewer entered into a settlement agreement with Northern Trust to resolve Northern Trust's claim (*see* CRB Decl. at 2, ¶9). Northern Trust did not file an objection to the Stipulation.

**DATED** this 30th day of November, 2015.

HAGUE KEERY & MCCUE, PLLC

By: /s/ *Patrick F. Keery* SBN 030971
Patrick F. Keery, Esq.

| | |
|---|---|
| 1 | *Attorneys of the Debtors* |

**COPY** of the foregoing mailed or served via electronic notification or fax or if so marked, this 30th day of November, 2015 to:

US Trustee
Office of the US Trustee
230 N. Second Ave., Suite 204
Phoenix, AZ 85003-1725

Elizabeth C. Amorosi
Office of the U.S. Trustee
230 N. 1st Ave., Suite 204
Phoenix, AZ 85003
*Attorney for U.S. Trustee*

Jennifer A. Giaimo
Office of the U.S. Trustee
230 N. Second Ave., #204
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov

Adam B. Nach
Lisa Perry Banen
LANE & NACH, P.C.
2001 East Campell, Suite 103
Phoenix, AZ 85016
Email: adam.nach@LANE-NACH.com
Email: lisa.banen@LANE-NACH.com
*Attorney for Compass Bank*

Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712
*Attorney for Capital One, N.A.*

Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, AZ 85003
*Ch. 13 Trustee*

Haven L. Dove
EVANS DOVE & NELSON, PLC
2650 E. Southern Avenue
Mesa, AZ 85204
Email: hleedove@hotmail.com

*Attorney for Payne Family, LLC*

Jamin Neil
PITE DUNCAN, LLP
P.O. Box 17933
San Diego, CA 92177-0933
*Attorney for Wells Fargo Bank, N.A.*

John W. Shamblin
Cohen Kennedy Dowd & Quigley, P.C.
The Camelback Esplanade I
2425 East Camelback Road, Suite 1100
Phoenix, AZ 85016
Email: jshamblin@ckdqlaw.com
*Attorney for Robert C. Wesley Jewelers, Inc.*

Jason Sherman
Shapiro, Van Ess and Sherman, LLP
3636 N. Central Ave., Suite 400
Phoenix, AZ 85012
*Attorney for Northern Trust, N.A.*

Northern Trust Bank, N.A.
2398 E. Camelback Rd., # 400
Phoenix, AZ 85016

Allan NewDelman
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Email: anewdelman@adnlaw.net
*Attorney for Thomas F. White, et al*

Alan A. Meda
Burch & Cracchiolo, P.A.
702 E. Osborn Road, Suite 200
Phoenix, AZ 85014
Email: ameda@bcattorneys.com
*Attorneys for Objecting Creditors*

/s/Mollie Thompson

# EXHIBIT A

# C. ROBERT BREWER DECLARATION