1
2
3
4
5
6
7

# EXHIBIT "A"

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# HKM
HAGUE | KEERY | McCUE

MARTIN J. McCUE, STATE BAR NO. 018849
PATRICK F. KEERY, STATE BAR NO. 030971

**HAGUE KEERY & McCUE, PLLC**
3900 E. CAMELBACK RD., SUITE 135
PHOENIX, AZ 85018
TELEPHONE (480) 478-0709
mjm@hkmaz.com
pfk@hkmaz.com
*Attorneys for the Debtor*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Case No. 2:13-bk-05709-DPC |
| **DEBORAH BREWER,** | Chapter 11 |
| Debtor. | **DECLARATION OF C. ROBERT BREWER REGARDING STATUS OF CLAIMS** |
| Social Security No.: xxx-xx-2095 | |

STATE OF ARIZONA )
) ss.
County of Maricopa )

CHARLES ROBERT BREWER, being first duly sworn, deposes and says:

1. I am over eighteen years of age and I am a resident of Los Angeles County, California.

2. I make this Declaration under penalty of perjury.

3. I am married to Deborah Brewer (the "**Mrs. Brewer**").

4. Mrs. Brewer is currently the debtor in the above captioned case.

5. I entered into a settlement agreement with Robert C. Wesley Jewelers, Inc. ("**RCWJ**") to resolve the claim scheduled in my wife's bankruptcy schedules.

-1-

6.     I called Capital One, N.A. ("**Capital One**") regarding the claim filed in my wife's bankruptcy case and they have no record of the claim.

7.     I have entered into a settlement agreement with John Spead ("**Mr. Spead**") to resolve the claim he filed in my wife's bankruptcy case.

8.     The first payment under the settlement agreement with Mr Spead is due and payable on November 30, 2015 and will be timely made.

9.     On or about March 24, 2014, after stipulating to stay relief, my wife and I entered into a settlement agreement with Northern Trust to resolve the claim scheduled in my wife's bankruptcy schedules.

DATED this 30th day of November 2015.

_____
CHARLES ROBERT BREWER

STATE OF ARIZONA     )
                     ) ss.
County of Maricopa     )

SUBSCRIBED AND SWORN to before me this 30th day of November, 2015, by **Charles Robert Brewer**.

_____
Notary Public

My Commission Expires:

MARTIN J. MCCUE
Notary Public - Arizona
Maricopa County
My Comm. Expires Sep 22, 2017

-2-