# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:
Deborah Brewer

Debtor(s)

CASE NO. 2:13-bk-05709-DPC

**INDIVIDUAL DEBTOR NOT ENGAGED IN
BUSINESS MONTHLY REPORT**

MONTH OF: _June 2015_

DATE PETITION FILED: 4/10/2013

TAX PAYER ID NO. : 2095

(Debtor's Social Securlty #)      last 4 digits only

(Co-Debtor's Social Securtiy #)

Nature of Debtor's Business: _____
Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: Oct. 10 2013 _ TO BE FILED: _____
)ATE PLAN OF REORGANIZATION FILED: _ Oct. 10 2013 TO BE FILED: _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

| ORIGINAL SIGNATURE OF DEBTOR | SIGNATURE OF CO-DEBTOR |
|---|---|
| Deborah Brewer | |
| PRINTED NAME OF DEBTOR | PRINTED NAME OF CO-DEBTOR |
| DATE | DATE |

**PREPARER:**

| ORIGINAL SIGNATURE OF PREPARER | TITLE |
|---|---|
| PRINTED NAME OF PREPARER | DATE |

**PERSON TO CONTACT REGARDING THIS REPORT:**

PHONE NUMBER: _____

ADDRESS: _____

FILE REPORT ELECTRONICALLY WITH THE COURT

# CASH SUMMARY

| | Post-Petition Debtor-in-Possession Accounts | | | TOTAL |
|---|---|---|---|---|
| | Cash | Checking #8612 | Savings #4936 | # |
| Balance at Beginning of Period | | $ 2,313.06 | $ 492.23 | | $ 2,805.29 |

| **RECEIPTS** | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | $ 3,958.42 | | | $ 3,958.42 |
| Wages - Co-Debtor | | | | | $ - |
| Loans and Advances | | | | | $ - |
| Sale of Assets | | | | | $ - |
| Gifts (money) | | | | | $ - |
| Interest | | | $ 0.01 | | $ 0.01 |
| | | | | | $ - |
| Transfers from Other DIP Accounts | | | | | $ - |
| Other (attach list) | | | | | $ - |
| | | | | | $ - |
| **TOTAL RECEIPTS** | $ - | $ 3,958.42 | $ 0.01 | $ - | $ 3,958.43 |

| **TOTAL DISBURSEMENTS** | | $ 4,865.54 | $ 6.00 | | $ 4,871.54 * |
|---|---|---|---|---|---|

| **Balance at End of Month** | $ - | $ 1,405.94 | $ 486.24 | $ - | $ 1,892.18 |
|---|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| Total Disbursements (from above) | $ 4,871.54 * |
| Plus: Payroll deductions (from page 4) | |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | $ 4,871.54 |

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| 1.  Have any assets been sold or transferred during this reporting period? | | X |
| 2.  Have you made any payments to an attorney or accountant this month? | | X |
| 3.  Have any payments been made on prepetition liabilities during this reporting period? | | X |
| 4.  Have any post-petition loans been received by the debtor(s) from any party? | | X |
| 5.  Have any insurance policies or coverages expired? | | X |
| 6.   Are any post-petition real estate taxes past due? | | X |
| 7.   Have any pre-petition taxes been paid during this reporting period? | | X |
| 8.  Do you expect any significant income changes within the next 90 days? | | X |
| 9.  Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

_____
_____
_____
_____
_____
_____
_____
_____

What progress has been made, during the reporting period, towards reorganinzing your estate ?

_____
_____
_____
_____
_____
_____
_____
_____

June 2015
Deborah Brewer Reports


Beginning balance:  2,313.06
Deposits: 3,958.42
Withdrawals  4,865.54
Ending Balance:  1,405.94


| | | |
|---|---|---|
| 6/1 Taj Co | 240.00 | |
| | | |
| 6/1 postage | 2.38 | |
| 6/1 Scottsdale Bead | 158.00 | |
| 6/1 Appl Itunes Card Reader App | 10.82 | |
| 6/1 Facebook Ad | 3.38 | |
| 6/1 Check | 30.00 | |
| 6/2 Etsy deposit | 252.92 | |
| 6/2 Only beads | 77.95 | |
| 6/2 Hands of the Hills silver | 91.80 | |
| 6/2 USPS | 2.08 | |
| 6/2 Beads Galore | | 39.50 |
| 6/3 Paypal | 27.10 | |
| 6/4 Scottsdale Bead | 21.20 | |
| 6/5 Lonnies | 52.25 | |
| 6/5 Hands of Hills | 54.46 | |
| 6/5   Gempacked | 109.00 | |
| 6/5  Check | 300.00 | |
| 6/8 Etsy | 127.75 | |
| 6/9 Square deposit | 296.10 | |
| 6/9 Etsy deposit | 124.15 | |
| 6/9 Etsy fees | 102.33 | |
| 6/11 Deposit ATM | 746.00 | |
| 6/11 Beads Galore | 73.15 | |
| 6/12 Scottsdale Bead | 44.00 | |
| 6/12 Etsy. | 25.05 | |
| 6/15 ATM deposit | 524.00 | |
| 6/15 Mailbox fee | 4.95 | |
| 6/15 Beads Galore | 29.75 | |
| 6/15 Check | 120.00 | |
| 6/15 Woman Shops World | 5.50 | |
| 6/16 Scottsdale Bead | 252.80 | |
| 6/16 Gempacked | 155.30 | |
| 6/16 Etsy | 31.50 | |
| 6/17 Etsy | 84.00 | |
| 6/17 beads Galore | 67.20 | |
| 6/17 Etsy | 304.25 | |

```
6/19 etsy.com                2.00
6/19 Deposit ATM             900.00
6/19 Deposit                 74.00
6/19 Etsy                              31.40
6/19 Paypal                            64.50
6/19 Paypal                            36.45
6/22 Deposit                 80.00
6/22 Gems Ocean                        47.00
6/22 Only beads                        80.20
6/22 Onlybeads                         30.00
6/22 Beads Galore                      65.10
6//22 USPS                             9.00
6/22 USPS                              1.20
6/22 Jewels Exports                    28.43
6/24 Sqaure                  685.00
6/24 Paypal                            25.20
6/24Paypal                             134.00
6/24 Check 1075                        979.37
6/25 Paypal                            14.00
6/26 Beadspoint                        133.79
6/29 KINGS BEADS                       300.27
6/29 Beadspoint                        91.88
6/29 Etsy                              51.14
6/29 Etsy                              22.00
6/29 Etsy                              26.00
6/30 Etsy                              39.16
6/30 Deposit                 274.26

Spent:  4,865.54
Made: 3,958.42



Checks
6/24  1075   979.37  Trustee
6/5  1086    300.00  Shara Showroom
6/1  1087    30.00   Scottsdale Bible Church
6/15  1088  120.00  Scottsdale bible church
```

# Gold Business Services Package



DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
3104 E CAMELBACK RD
PHOENIX AZ 85016-4502

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $2,313.06 |
| Deposits/Credits | 3,958.42 |
| Withdrawals/Debits | - 4,865.54 |
| Ending balance on 6/30 | $1,405.94 |
| Average ledger balance this period | $1,838.15 |

Account number: ███████8612

DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■ Savings - ███████4936



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 6/1 | | Purchase authorized on 05/29 Taj Company 212-944-6330 NY S585149706516035 Card 5345 | | 248.00 | |
| 6/1 | | Purchase authorized on 05/29 Biltmore Mailboxes Phoenix AZ S305150006503595 Card 5345 | | 2.38 | |
| 6/1 | | Purchase authorized on 05/29 Scottsdale Bead Su Scottsdale AZ S285150052021426 Card 5345 | | 158.00 | |
| 6/1 | | Purchase authorized on 05/30 Apl* Itunes.Com/Bi 866-712-7753 CA S465149570389785 Card 5345 | | 10.82 | |
| 6/1 | | Recurring Payment authorized on 05/31 Facebook Xkaum7W87 650-6187714 CA S305151346306224 Card 5345 | | 3.38 | |
| 6/1 | 1087 | Check | | 30.00 | 1,860.48 |
| 6/2 | | Etsy Inc Deposit 060115 14536784 Deborah Brewer | 252.92 | | |
| 6/2 | | Purchase authorized on 06/01 Paypal *Onlybeads! 402-935-7733 CA S385152577221837 Card 5345 | | 77.95 | |
| 6/2 | | Purchase authorized on 06/01 Hands of The Hills 425-6446381 WA S385152714737676 Card 5345 | | 91.80 | |
| 6/2 | | Purchase authorized on 06/02 USPS 0363829554 Phoenix AZ P00000000652755068 Card 5345 | | 2.08 | |
| 6/2 | | Purchase authorized on 06/02 Beads Galore Int'L Tempe AZ S385153012251408 Card 5345 | | 39.50 | 1,902.07 |
| 6/3 | | Neslihan Kanber Ist Paypal 150603 J222224Wfckks Charles Brewer | | 27.10 | 1,874.97 |
| 6/4 | | Purchase authorized on 06/04 Scottsdale Bead Su Scottsdale AZ P00305155691321818 Card 5345 | | 21.20 | 1,853.77 |
| 6/5 | | Purchase authorized on 06/03 Lonnie's Phoenix AZ S585154611802955 Card 5345 | | 52.25 | |
| 6/5 | | Purchase authorized on 06/04 Hands of The Hills 425-6446381 WA S465155665594306 Card 5345 | | 54.46 | |
| 6/5 | | Purchase authorized on 06/04 Paypal *Gempacked 402-935-7733 CA S385153824534473 Card 5345 | | 109.00 | |
| 6/5 | 1086 | Check | | 300.00 | 1,338.06 |
| 6/8 | | Purchase authorized on 06/07 Etsy.Com 888-961-4798 NY S165158825984966 Card 5345 | | 127.75 | 1,210.31 |
| 6/9 | | Square Inc 150609P2 150609 L1343384756 Deborah Brewer | 296.10 | | |
| 6/9 | | Etsy Inc Deposit 060815 14600575 Deborah Brewer | 124.14 | | |
| 6/9 | | Purchase authorized on 06/09 Etsy Seller Fees 888-961-4798 NY S085160192430602 Card 5345 | | 102.33 | 1,528.22 |
| 6/11 | | ATM Check Deposit on 06/11 3102 E. Camelback Rd. Phoenix AZ 0005673 ATM ID 0349C Card 5345 | 746.00 | | |
| 6/11 | | Purchase authorized on 06/10 Beads Galore Int'L Tempe AZ S385516172076648 Card 5345 | | 73.15 | 2,201.07 |
| 6/12 | | Purchase authorized on 06/11 Scottsdale Bead Su Scottsdale AZ S285516250296194 Card 5345 | | 44.00 | |
| 6/12 | | Purchase authorized on 06/12 Etsy.Com 888-961-4798 NY S005163221566279 Card 5345 | | 25.05 | 2,132.02 |
| 6/15 | | ATM Check Deposit on 06/14 3102 E. Camelback Rd. Phoenix AZ 0006248 ATM ID 0349C Card 5345 | 524.00 | | |
| 6/15 | | Purchase authorized on 06/11 Biltmore Mailboxes Phoenix AZ S585162830615224 Card 5345 | | 4.95 | |
| 6/15 | | Purchase authorized on 06/12 Beads Galore Int'L Tempe AZ S385163823587581 Card 5345 | | 29.75 | |
| 6/15 | 1088 | Check | | 120.00 | |
| 6/15 | | Paypal Inst Xfer 150615 Womanshopsw Charles Brewer | | 5.50 | 2,495.82 |
| 6/16 | | Purchase authorized on 06/16 Scottsdale Bead Su Scottsdale AZ P00305167790687064 Card 5345 | | 252.60 | |
| 6/16 | | Paypal Inst Xfer 150616 Gempacked Charles Brewer | | 155.30 | 2,087.72 |
| 6/17 | | Purchase authorized on 06/16 Etsy.Com 888-961-4798 NY S085167605707148 Card 5345 | | 31.50 | |
| 6/17 | | Purchase authorized on 06/16 Etsy.Com 888-961-4798 NY S165167651193352 Card 5345 | | 84.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 6/17 | | Purchase authorized on 06/16 Beads Galore Int'L Tempe AZ S585167816803930 Card 5345 | | 67.20 | |
| 6/17 | | Purchase authorized on 06/16 Etsy.Com 888-961-4798 NY S165167211729032 Card 5345 | | 304.25 | 1,600.77 |
| 6/19 | | Purchase Return authorized on 06/18 Etsy.Com 888-961-4798 NY S625170546098969 Card 5345 | 2.00 | | |
| 6/19 | | ATM Cash Deposit on 06/19 3102 E. Camelback Rd. Phoenix AZ 0007125 ATM ID 0349C Card 5345 | 900.00 | | |
| 6/19 | | ATM Check Deposit on 06/19 3102 E. Camelback Rd. Phoenix AZ 0007126 ATM ID 0349C Card 5345 | 74.00 | | |
| 6/19 | | Purchase authorized on 06/18 Etsy.Com 888-961-4798 NY S165169552299936 Card 5345 | | 31.40 | |
| 6/19 | | Purchase authorized on 06/18 Paypal *Onlybeadsl 402-935-7733 CA S305169560334622 Card 5345 | | 64.50 | |
| 6/19 | | Purchase authorized on 06/18 Paypal *Onlybeadsl 402-935-7733 CA S305169614682647 Card 5345 | | 36.45 | 2,444.42 |
| 6/22 | | ATM Check Deposit on 06/22 3102 E. Camelback Rd. Phoenix AZ 0007124 ATM ID 0349C Card 5345 | 80.00 | | |
| 6/22 | | Purchase authorized on 06/16 Gems Ocean 212-213-9848 NY S585167767956335 Card 5345 | | 47.00 | |
| 6/22 | | Purchase authorized on 06/19 Paypal *Onlybeadsl 402-935-7733 CA S585170653796465 Card 5345 | | 80.20 | |
| 6/22 | | Purchase authorized on 06/19 Paypal *Onlybeadsl 402-935-7733 CA S385170727046687 Card 5345 | | 30.00 | |
| 6/22 | | Purchase authorized on 06/19 Beads Galore Int'L Tempe AZ S385170552257644 Card 5345 | | 65.10 | |
| 6/22 | | Purchase authorized on 06/22 USPS 0363829554 Phoenix AZ P0000000153546821 Card 5345 | | 9.00 | |
| 6/22 | | Purchase authorized on 06/22 USPS 0363829554 Phoenix AZ P0000000745186698 Card 5345 | | 1.20 | |
| 6/22 | | Jewels Exports lat Paypal 150622 J222224Zx79MA Charles Brewer | | 28.43 | 2,263.49 |
| 6/24 | | Square Inc 150624P2 150624 L1355812671 Deborah Brewer | 685.00 | | |
| 6/24 | | Purchase authorized on 06/23 Paypal *Diyh6406 402-935-7733 CA S305174494146816 Card 5345 | | 25.20 | |
| 6/24 | | Purchase authorized on 06/23 Paypal *Admin 402-935-7733 CA S585174707342036 Card 5345 | | 134.00 | |
| 6/24 | 1075 | Check | | 979.37 | 1,809.92 |
| 6/25 | | Purchase authorized on 06/23 Paypal *Admin 402-935-7733 CA S585175158941630 Card 5345 | | 14.00 | 1,795.92 |
| 6/26 | | Purchase authorized on 06/25 Paypal *Beadspoint 402-935-7733 CA S465176470288237 Card 5345 | | 133.79 | 1,662.13 |
| 6/29 | | Purchase authorized on 06/26 King'S Rd Beads IN 323-782-0209 CA S585178015275801 Card 5345 | | 300.27 | |
| 6/29 | | Purchase authorized on 06/26 Paypal *Beadspoint 402-935-7733 CA S305178062277980 Card 5345 | | 91.88 | |
| 6/29 | | Purchase authorized on 06/27 Etsy.Com 888-961-4798 NY S285178513448149 Card 5345 | | 51.14 | |
| 6/29 | | Purchase authorized on 06/27 King'S Rd Beads IN 323-782-0209 CA S465178746274004 Card 5345 | | 22.00 | |
| 6/29 | | Purchase authorized on 06/27 Etsy.Com 888-961-4798 NY S165178174073757 Card 5345 | | 26.00 | |
| 6/29 | | Purchase authorized on 06/27 Etsy.Com 888-961-4798 NY S285178194578019 Card 5345 | | 39.16 | 1,131.66 |
| 6/30 | | Etsy Inc Deposit 062915 15009925 Deborah Brewer | 274.26 | | 1,405.94 |
| Ending balance on 6/30 | | | | | 1,405.94 |
| Totals | | | $3,958.42 | $4,865.54 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



---

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1075 | 6/24 | 979.37 | 1087 | 6/1 | 30.00 | 1088 | 6/15 | 120.00 |
| 1086 * | 6/5 | 300.00 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/01/2015 - 06/30/2015 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee (complete 1 AND 2) | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $1,838.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 44 ☑ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Linked Wells Fargo Credit Card qualified purchase transactions | 5 | 0 ☐ |
| · Linked Wells Fargo Credit Card total qualified purchases | $500.00 | $0.00 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| · Average ledger balances in business checking, savings, and time accounts | | |
| · Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
| · Combined average daily balances from the previous month for Business PrimoLoan™, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Event loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 900 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 17 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



 IMPORTANT ACCOUNT INFORMATION

In an effort to communicate urgent account information more quickly, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in June, we will begin to deliver some account notices to you via email and a copy will also be placed in your Wells Fargo Online secure inbox. These email notices will arrive up to three (3) days faster than paper notices.

Sheet Seq = 0047675
Sheet 00003 of 00003



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $

**ADD**

B. Any deposits listed in your          $ _____
register or transfers into             $ _____
your account which are not             $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings



DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
3104 E CAMELBACK RD
PHOENIX AZ 85016-4502

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $492.23 |
| Deposits/Credits | 0.01 |
| Withdrawals/Debits | - 6.00 |
| **Ending balance on 6/30** | **$486.24** |
| Average ledger balance this period | $492.23 |

Account number: ●●●●●●4936

**DEBORAH BREWER**
**DBA DEBORAH BREWER JEWELRY**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-05709 AZ**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $492.23 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.07 |



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 6/30 | Interest Payment | 0.01 | | |
| 6/30 | Monthly Service Fee | | 6.00 | 486.24 |
| | Ending balance on 6/30 | | | 486.24 |
| **Totals** | | **$0.01** | **$6.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.



| Fee period 06/01/2015 - 06/30/2015 | Standard monthly service fee $6.00 | You paid $6.00 |
|-------------------------------------|------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average collected balance | $500.00 | $492.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |
| YC/YC | | |

# ☑ IMPORTANT ACCOUNT INFORMATION

In an effort to communicate urgent account information more quickly, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in June, we will begin to deliver some account notices to you via email and a copy will also be placed in your Wells Fargo Online secure inbox. These email notices will arrive up to three (3) days faster than paper notices.



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801