# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:
Deborah Brewer

)
)
)
)
)
)
)
)
Debtor(s) )
)

CASE NO. 2:13-bk-05709-DPC

**INDIVIDUAL DEBTOR NOT ENGAGED IN
BUSINESS MONTHLY REPORT**

MONTH OF: _July 2015_

DATE PETITION FILED: _____ 4/10/2013

TAX PAYER ID NO. : _____ 2095

<div style="margin-left:55%;">(Debtor's Social Securlty #)    last 4 digits only</div>

<div style="margin-left:55%;">(Co-Debtor's Social Securtiy #)</div>

Nature of Debtor's Business: _____
Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: Oct. 10 2013  TO BE FILED: _____
ATE PLAN OF REORGANIZATION FILED: ___Oct. 10 2013 TO BE FILED: _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____
ORIGINAL SIGNATURE OF DEBTOR

Deborah Brewer
_____
PRINTED NAME OF DEBTOR

_____
DATE

**PREPARER:**

_____
ORIGINAL SIGNATURE OF PREPARER

_____
PRINTED NAME OF PREPARER

_____
SIGNATURE OF CO-DEBTOR

_____
PRINTED NAME OF CO-DEBTOR

_____
DATE

_____
TITLE

_____
DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** _____

PHONE NUMBER: _____

ADDRESS: _____

**FILE REPORT ELECTRONICALLY WITH THE COURT**

| Case Number: 2:13-bk-05709-DPC | | | | | **CASH SUMMARY** | |

| | Cash | Post-Petition Debtor-in-Possession Accounts | | | TOTAL |
|---|---|---|---|---|---|
| | | Checking | Savings | | |
| | | #8612 | #4936 | # | |
| **Balance at Beginning of Period** | | $ 1,405.94 | $ 486.24 | | $ 1,892.18 |

| **RECEIPTS** | | | | | | |
|---|---|---|---|---|---|---|
| Wages - Debtor | | $ 7,031.86 | | | $ | 7,031.86 |
| Wages - Co-Debtor | | | | | $ | - |
| Loans and Advances | | | | | $ | - |
| Sale of Assets | | | | | $ | - |
| Gifts (money) | | | | | $ | - |
| Interest | | | $ 0.02 | | $ | 0.02 |
| | | | | | $ | - |
| Transfers from Other DIP Accounts | | | | | $ | - |
| Other (attach list) | | | | | $ | - |
| | | | | | $ | - |
| **TOTAL RECEIPTS** | $ - | $ 7,031.86 | $ 0.02 | $ - | $ | 7,031.88 |

| **TOTAL DISBURSEMENTS** | | $ 6,383.58 | $ 6.00 | | $ 6,389.58 | * |
|---|---|---|---|---|---|---|

| **Balance at End of Month** | $ - | $ 2,054.22 | $ 480.26 | $ - | $ 2,534.48 |
|---|---|---|---|---|---|---|

| **CREDIT CARD ACTIVITY** | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| Total Disbursements (from above) | $ 6,389.58 * |
| Plus: Payroll deductions (from page 4) | |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | $ 6,389.58 |

Case 2:13-bk-05709-DPC    Doc 325    Filed 11/30/15    Entered 11/30/15 16:56:00    Desc
Main Document    Page 2 of 15

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? |  | X |
| 2. Have you made any payments to an attorney or accountant this month? |  | X |
| 3. Have any payments been made on prepetition liabilities during this reporting period? |  | X |
| 4. Have any post-petition loans been received by the debtor(s) from any party? |  | X |
| 5. Have any insurance policies or coverages expired? |  | X |
| 6. Are any post-petition real estate taxes past due? |  | X |
| 7. Have any pre-petition taxes been paid during this reporting period? |  | X |
| 8. Do you expect any significant income changes within the next 90 days? |  | X |
| 9. Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

_____

_____

_____

_____

_____

_____

_____

_____

What progress has been made, during the reporting period, towards reorganinzing your estate ?

_____

_____

_____

_____

_____

_____

_____

_____

July 2015
Deborah Brewer Reports


Beginning balance:  1,405.94
Deposits:  7,031.86
Withdrawals: 6,383.58
Ending Balance:  2,054.22


| Date & Description | Deposit | Withdrawal |
|---|---|---|
| 7/1 Only beads | | 52.15 |
| 7/1 Paypal Onlybeads | | 115.20 |
| 7/1 Beadspoint | | 178.54 |
| 7/1 USPS | | 23.59 |
| 7/2 Sqaure | 1,783.79 | |
| 7/2 Etsy | | 53.75 |
| 7/2 Etsy | | 182.75 |
| 7/3 Paypal | | 8.95 |
| 7/3 Etsy | | 9.00 |
| 7/3 Goddess | | 447.70 |
| 7/3 Kings Beads | | 233.59 |
| 7/6 Square deposit | 399.36 | |
| 7/6  Depost | 374.00 | |
| 7/6 Etsy | | 33.00 |
| 7/6 Beads Galore | | 75.50 |
| 7/6 Etsy | | 66.68 |
| 7/6 USPS | | 15.63 |
| 7/6 USPS | | 12.21 |
| 7/6 Check 1091 | | 100.00 |
| 7/7 Square deposit | 1,017.72 | |
| 7/7 Etsy deposit | 98.69 | |
| 7/7 Transfer to Abby | | 100.00 |
| 7/8 Parking | | 2.00 |
| 7/8 Goddess | | 736.00 |
| 7/8 Bella Findings | | 262.87 |
| 7/8 Check Shara Showroom | | 300.00 |
| 7/9 Return | 2.70 | |
| 7/9Etsy return | | 2.70 |
| 7/9 Etsy | | 17.10 |
| 7/13 Paypal Beadspoint | | 145.75 |
| 7/13 parking | | 2.00 |
| 7/13 Etsy | | 42.55 |
| 7/13 Etsy fees | | 26.57 |
| 7/13 Etsy | | 25.20 |
| 7/13 Paypal Hwayon Seo | | 15.70 |
| 7/13 1093 check | | 100.00 |

| | | |
|---|---|---|
| 7/14 Hands of the Hills | | 84.15 |
| 7/15 Square | 538.32 | |
| 7/15 Taj Co | | 254.00 |
| 7/15 paypal SweetHoney | | 41.00 |
| 7/15 Beadspoint | | 41.94 |
| 7/15 Check 1095 | | 6.10 |
| 7/16 USPS | | 5.90 |
| 7/16 USPS ` | | 595 |
| 7/17 Square deposit | 361.68 | |
| 7/17 Etsy | | 32.25 |
| 7/17 Scottsdale Bead | | 33.00 |
| 7/20 Saki Silver | | 15.50 |
| 7/20 Gempacked | | 72.00 |
| 7/20 Etsy | | 29.45 |
| 7/20 USPS | | 5.75 |
| 7/20 Check 1096 | | 100.00 |
| 7/21 Etsy | | 42.31 |
| 722 paypal      transfer | 255.90 | |
| 7/22 Taj | | 403.00 |
| 7/22 Check 1094 | | 366.00 Cash/Kings Beads |
| 7/22 Deposit ATm | 830.00 | |
| 7/23 Check 1092 | | 222.00 Cash/Kings Beads |
| 7/23 Square | | 38.60 |
| 7/24 Check 1097 | | 421.40  Cash/Kings Beads |
| 7/27 Paypal transfer | 743.00 | |
| 7/27 Bella | | 208.30 |
| 7/27 Itunes App | | 1.07 |
| 7/27 paypal | | 17.50 |
| 7/28 Etsy | | 45.35 |
| 7/29 Transfer to Abby | | 100.00 |
| 7/29 Etsy | | 20.20 |
| 7/29 Paypal | | 27.15 |
| 7/30 Paypal | | 24.45 |
| 7/31 Square deposit | 624.00 | |
| 7/31 Beadspoint | | 54.75 |
| | | |
| 7/31   Goddess | | 127.00 |
| 7/31 USPS | | 23.78 |
| 731 USPS | | 5.95 |
| 7/31 Check 1098 | | 66.00 |

Checks:

| | | |
|---|---|---|
| 7/08  #1089  Shara Showroom | | 300.00 |
| 7/13 1093  Scottsdale Bible | | 100.00 |
| 7/15  1095  usps | | 6.10 |

| 7/20 1096 | Scottsdale Bible | 100.00 |
| 7/22 1097 | Goddess | 421.40 |
| 7/23 1092 | Kings Beads/Cash | 222.00 |
| 7/24 1097 | Goddess | 421.40 |
| 7/31 1098 | Beadrum | 66.00 |

# Gold Business Services Package



DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
3104 E CAMELBACK RD
PHOENIX AZ 85016-4502

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $1,405.94 |
| Deposits/Credits | 7,031.86 |
| Withdrawals/Debits | - 6,383.58 |
| **Ending balance on 7/31** | **$2,054.22** |
| Average ledger balance this period | $1,909.43 |

Account number: ████8612

DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
- Savings - ████████1936



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Purchase authorized on 06/30 Paypal *Onlybeadsl 402-935-7733 CA S465181611319129 Card 5345 | | 52.15 | |
| 7/1 | | Purchase authorized on 06/30 Paypal *Onlybeadsl 402-935-7733 CA S385181716630257 Card 5345 | | 115.20 | |
| 7/1 | | Purchase authorized on 06/30 Paypal *Beadspoint 402-935-7733 CA S585181744261733 Card 5345 | | 178.54 | |
| 7/1 | | Purchase authorized on 07/01 USPS 0363820078 Phoenix AZ P0000000075080910 1 Card 5345 | | 23.59 | 1,036.46 |
| 7/2 | | Square Inc 150702P2 150702 L200362000897 Deborah Brewer | 1,783.79 | | |
| 7/2 | | Purchase authorized on 07/01 Etsy.Com 888-961-4798 NY S08518254539502 6 Card 5345 | | 53.75 | |
| 7/2 | | Purchase authorized on 07/01 Etsy.Com 888-961-4798 NY S285182685919131 Card 5345 | | 162.75 | 2,583.75 |
| 7/3 | | Purchase authorized on 07/02 Paypal *Beadspoint 402-935-7733 CA S305183560137811 Card 5345 | | 8.95 | |
| 7/3 | | Purchase authorized on 07/02 Etsy.Com 888-961-4798 NY S08518361222658 7 Card 5345 | | 9.00 | |
| 7/3 | | Purchase authorized on 07/02 Goddess 323-5251002 CA S305183845783022 Card 5345 | | 447.70 | |
| 7/3 | | Purchase authorized on 07/02 King'S Rd Beads IN 323-782-0209 CA S385184105963524 Card 5345 | | 233.59 | 1,884.51 |
| 7/6 | | Square Inc 150706P2 150706 L200364790741 Deborah Brewer | 399.36 | | |
| 7/6 | | Deposit Made In A Branch/Store | 374.00 | | |
| 7/6 | | Purchase authorized on 07/04 Etsy.Com 888-961-4798 NY S16518582809967 6 Card 5345 | | 33.00 | |
| 7/6 | | Purchase authorized on 07/04 Beads Galore Int'L Tempe AZ S385185004893631 Card 5345 | | 75.50 | |
| 7/6 | | Purchase authorized on 07/05 Etsy.Com 888-961-4798 NY S285187018080835 Card 5345 | | 66.68 | |
| 7/6 | | Purchase authorized on 07/06 USPS 0363820078 Phoenix AZ P0000000095275078 1 Card 5345 | | 15.63 | |
| 7/6 | | Purchase authorized on 07/06 USPS 0363820078 Phoenix AZ P0000000039752364 Card 5345 | | 12.21 | |
| 7/6 | 1091 | Check | | 100.00 | 2,354.85 |
| 7/7 | | Square Inc 150707P2 150707 L200365319392 Deborah Brewer | 1,017.72 | | |
| 7/7 | | Etsy Inc Deposit 070615 15169756 Deborah Brewer | 98.69 | | |
| 7/7 | | Transfer to Brewer Abigail Ref #Ppor2Rk37Z Via Mobile | | 100.00 | 3,371.26 |
| 7/8 | | Purchase authorized on 07/07 LA City Parking ME Los Angeles CA S30518878098869 6 Card 5345 | | 2.00 | |
| 7/8 | | Purchase authorized on 07/07 Goddess Los Angeles CA S465189004169459 Card 5345 | | 736.00 | |
| 7/8 | | Purchase authorized on 07/08 Bella Findings Los Angeles CA P0030518984399191 1 Card 5345 | | 262.87 | |
| 7/8 | 1089 | Check | | 300.00 | 2,070.39 |
| 7/9 | | Purchase Return authorized on 07/08 Etsy.Com 888-961-4798 NY S625190548074779 Card 5345 | 2.70 | | |
| 7/9 | | Purchase Return authorized on 07/08 Etsy.Com 888-961-4798 NY S625190548074945 Card 5345 | 2.70 | | |
| 7/9 | | Purchase authorized on 07/08 Etsy.Com 888-961-4798 NY S285189568511471 Card 5345 | | 17.10 | 2,058.69 |
| 7/13 | | Purchase authorized on 07/10 Paypal *Beadspoint 402-935-7733 CA S465191813363220 Card 5345 | | 145.75 | |
| 7/13 | | Purchase authorized on 07/10 LA City Parking ME Los Angeles CA S385191837778701 Card 5345 | | 2.00 | |
| 7/13 | | Purchase authorized on 07/12 Etsy.Com 888-961-4798 NY S005193534478421 Card 5345 | | 42.55 | |
| 7/13 | | Purchase authorized on 07/12 Etsy Seller Fees 888-961-4798 NY S285193113304622 Card 5345 | | 26.57 | |
| 7/13 | | Purchase authorized on 07/13 Etsy.Com 888-961-4798 NY S285194148828623 Card 5345 | | 25.20 | |



*Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/13 | | Hwayon Seo Iat Paypal 150713 J2222256L5Mie Charles Brower | | 15.70 | |
| 7/13 | 1093 | Check | | 100.00 | 1,700.92 |
| 7/14 | | Purchase authorized on 07/13 Hands of The Hills 425-6446381 WA S465194659356783 Card 5345 | | 84.15 | 1,616.77 |
| 7/15 | | Square Inc 150715P2 150715 L200371313173 Deborah Brower | 538.32 | | |
| 7/15 | | Purchase authorized on 07/13 Taj Company 212-944-6330 NY S305194755285027 Card 5345 | | 254.00 | |
| 7/15 | | Purchase authorized on 07/14 Paypal *Sweethoney 402-935-7733 CA S465155275477088 Card 5345 | | 41.00 | |
| 7/15 | | Purchase authorized on 07/14 Paypal *Beadspoint 402-935-7733 CA S385195276185457 Card 5345 | | 41.94 | |
| 7/15 | 1095 | Check | | 6.10 | 1,812.05 |
| 7/16 | | Purchase authorized on 07/16 USPS 0363829554 Phoenix AZ P0000000026683135B Card 5345 | | 5.90 | |
| 7/16 | | Purchase authorized on 07/16 USPS 0363829554 Phoenix AZ P0000000255545524 Card 5345 | | 5.95 | 1,800.20 |
| 7/17 | | Square Inc 150718O2 150718 L200373673517 Deborah Brower | 361.68 | | |
| 7/17 | | Purchase authorized on 07/16 Etsy.Com 888-961-4798 NY S005197795625732 Card 5345 | | 32.25 | |
| 7/17 | | Purchase authorized on 07/17 Scottsdale Bead Su Scottsdale AZ P0038519877504925O Card 5345 | | 33.00 | 2,096.63 |
| 7/20 | | Purchase authorized on 07/18 Saki Silver 513-8857565 OH S585199640336927 Card 5345 | | 15.50 | |
| 7/20 | | Purchase authorized on 07/18 Gcompacked 213-629-4840 CA S585198662460767 Card 5345 | | 72.00 | |
| 7/20 | | Purchase authorized on 07/18 Etsy.Com 888-961-4798 NY S085199715096308 Card 5345 | | 29.45 | |
| 7/20 | | Purchase authorized on 07/20 USPS 0363829554 Phoenix AZ P0000000639233247 Card 5345 | | 5.75 | |
| 7/20 | 1096 | Check | | 100.00 | 1,873.93 |
| 7/21 | | Purchase authorized on 07/20 Etsy.Com 888-961-4798 NY S285201735498956 Card 5345 | | 42.31 | 1,831.62 |
| 7/22 | | Paypal Transfer 150722 4Haj28Xlztw22 Charles Brower | 255.90 | | |
| 7/22 | | Purchase authorized on 07/20 Taj Company 212-944-6330 NY S585201753686817 Card 5345 | | 403.00 | |
| 7/22 | 1094 | Check | | 366.00 | 1,318.52 |
| 7/23 | | ATM Check Deposit on 07/23 1701 S Elena Ave Redondo Beach CA 0002136 ATM ID 0714C Card 5345 | 830.00 | | |
| 7/23 | 1092 | Cashed Check | | 222.00 | |
| 7/23 | | Square Inc 150723P2 150723 L200376930203 Deborah Brower | 38.60 | | 1,887.92 |
| 7/24 | 1097 | Check | | 421.40 | 1,466.52 |
| 7/27 | | Paypal Transfer 150726 4Haj28Xrp3V7A Charles Brower | 743.00 | | |
| 7/27 | | Purchase authorized on 07/23 Bella Findings Los Angeles CA S005204750363829 Card 5345 | | 208.30 | |
| 7/27 | | Purchase authorized on 07/24 Apl* Itunes.Com/Bi 866-712-7753 CA S305205099782902 Card 5345 | | 1.07 | |
| 7/27 | | Purchase authorized on 07/25 Paypal *Mmullsd 402-935-7733 CA S385207139447606 Card 5345 | | 17.50 | 1,982.65 |
| 7/28 | | Purchase authorized on 07/28 Etsy.Com 888-961-4798 NY S285209037199763 Card 5345 | | 45.35 | |
| 7/28 | | Paypal Inst Xfer 150728 Onlybeadsin Charles Brower | | 57.80 | 1,879.50 |
| 7/29 | | Transfer to Brower Abigail Ref #Ppctxzwmjl Via Mobile | | 100.00 | |
| 7/29 | | Purchase authorized on 07/29 Etsy.Com 888-961-4798 NY S165210251988515 Card 5345 | | 20.20 | |
| 7/29 | | Christine Demirb Iat Paypal 150729 J222225A54Bj6 Charles Brower | | 27.15 | 1,732.15 |
| 7/30 | | Purchase authorized on 07/29 Paypal *Onlybeadsl 402-935-7733 CA S585210645051494 Card 5345 | | 24.45 | 1,707.70 |
| 7/31 | | Square Inc 150731R2 150731 L200382867541 Deborah Brower | 624.00 | | |
| 7/31 | | Purchase authorized on 07/30 Paypal *Beadspoint 402-935-7733 CA S585211753680831 Card 5345 | | 54.75 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 7/31 | | Purchase authorized on 07/30 Goddess Los Angeles CA S305212022556815 Card 5345 | | 127.00 | |
| 7/31 | | Purchase authorized on 07/31 USPS 0363820078 Phoenix AZ P00000000455007265 Card 5345 | | 23.78 | |
| 7/31 | | Purchase authorized on 07/31 USPS 0363820078 Phoenix AZ P00000000833211509 Card 5345 | | 5.95 | |
| 7/31 | 1098 | Check | | 66.00 | 2,054.22 |
| **Ending balance on 7/31** | | | | | 2,054.22 |
| **Totals** | | | **$7,031.86** | **$6,383.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1089 | 7/8 | 300.00 | 1093 | 7/13 | 100.00 | 1096 | 7/20 | 100.00 |
| 1091 * | 7/6 | 100.00 | 1094 | 7/22 | 366.00 | 1097 | 7/24 | 421.40 |
| 1092 | 7/23 | 222.00 | 1095 | 7/15 | 6.10 | 1098 | 7/31 | 66.00 |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2015 - 07/31/2015 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $1,909.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 48 ☑ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Linked Wells Fargo Credit Card qualified purchase transactions | 5 | 0 ☐ |
| · Linked Wells Fargo Credit Card total qualified purchases | $500.00 | $0.00 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| · Average ledger balances in business checking, savings, and time accounts | | |
| · Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
| · Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 26 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | $0.00 |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ _____
$ _____
$ _____
+ $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC NMLSR ID 399801

# Business Market Rate Savings



DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
3104 E CAMELBACK RD
PHOENIX AZ 85016-4502

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

### Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $486.24 |
| Deposits/Credits | 0.02 |
| Withdrawals/Debits | - 6.00 |
| **Ending balance on 7/31** | **$480.26** |
| Average ledger balance this period | $486.24 |

Account number: ████4936
**DEBORAH BREWER**
**DBA DEBORAH BREWER JEWELRY**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-05709 AZ**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $486.24 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.09 |





## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 7/31 | Interest Payment | 0.02 | | |
| 7/31 | Monthly Service Fee | | 6.00 | 480.26 |
| | Ending balance on 7/31 | | | 480.26 |
| Totals | | $0.02 | $6.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2015 - 07/31/2015 | Standard monthly service fee $6.00 | You paid $6.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $486.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801