# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                          )    CASE NO.  2:13-bk-05709-DPC
Deborah Brewer                                  )
                                                )
                                                )    **INDIVIDUAL DEBTOR NOT ENGAGED IN**
                                                )    **BUSINESS MONTHLY REPORT**
                                                )
                                                )    MONTH OF:          *August 2015*
                                                )
                                                )    DATE PETITION FILED:                     4/10/2013
                            Debtor(s) )
                                                )    TAX PAYER ID NO. :                        2095

                                                     (Debtor's Social Securtiy #)    last 4 digits only


                                                     (Co-Debtor's Social Securtiy #)

Nature of Debtor's Business: _____

Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: Oct. 10 2013    TO BE FILED: _____

ATE PLAN OF REORGANIZATION FILED:    Oct. 10 2013 TO BE FILED: _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_____        _____
ORIGINAL  SIGNATURE  OF DEBTOR              SIGNATURE OF CO-DEBTOR

Deborah Brewer
_____        _____
PRINTED NAME  OF DEBTOR                      PRINTED NAME OF CO-DEBTOR

_____        _____
            DATE                                          DATE

PREPARER:

_____        _____
ORIGINAL  SIGNATURE  OF  PREPARER           TITLE

_____        _____
PRINTED NAME OF PREPARER                     DATE

PERSON TO CONTACT REGARDING THIS REPORT:  _____

PHONE NUMBER:  _____

ADDRESS:  _____

**FILE REPORT ELECTRONICALLY WITH THE COURT**

# CASH SUMMARY

| | | Post-Petition Debtor-in-Possession Accounts | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | | |
| | | #8612 | #4936 | # | |
| Balance at Beginning of Period | | $ 2,054.22 | $ 480.26 | | $ 2,534.48 |

**RECEIPTS**

| | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | $ 4,950.97 | | | $ 4,950.97 |
| Wages - Co-Debtor | | | | | $ - |
| Loans and Advances | | | | | $ - |
| Sale of Assets | | | | | $ - |
| Gifts (money) | | | | | $ - |
| Interest | | | $ 0.01 | | $ 0.01 |
| | | | | | $ - |
| Transfers from Other DIP Accounts | | | | | $ - |
| Other (attach list) | | | | | $ - |
| | | | | | $ - |
| **TOTAL RECEIPTS** | $ - | $ 4,950.97 | $ 0.01 | $ - | $ 4,950.98 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | $ 4,213.27 | $ 6.00 | | $ 4,219.27 * |
| **Balance at End of Month** | $ - | $ 2,791.92 | $ 474.27 | $ - | $ 3,266.19 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | | |
|---|---|---|
| Total Disbursements (from above) | $ | 4,219.27 * |
| Plus: Payroll deductions (from page 4) | | |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | | |
| Less: Transfers between debtor-in-possession bank accounts | | |
| **Total Disbursements for Calculating Quarterly Fees** | $ | 4,219.27 |

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | X |
| 2. Have you made any payments to an attorney or accountant this month? | | X |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | X |
| 4. Have any post-petition loans been received by the debtor(s) from any party? | | X |
| 5. Have any insurance policies or coverages expired? | | X |
| 6. Are any post-petition real estate taxes past due? | | X |
| 7. Have any pre-petition taxes been paid during this reporting period? | | X |
| 8. Do you expect any significant income changes within the next 90 days? | | X |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

_____
_____
_____
_____
_____
_____
_____

What progress has been made, during the reporting period, towards reorganinzing your estate ?

_____
_____
_____
_____
_____
_____
_____
_____

Deborah Brewer Reports
August 2015
Beginning balance: 2,054.22
Deposits : 4,950.97
Withdrawals : 4,213.27
Ending balalnce : 2,791.92

| Date | Description | Deposit | Withdrawal |
|------|-------------|---------|------------|
| 8/3 | square deposit | 300.77 | |
| 8/3 | Paypal | | 97.83 |
| 8/3 | Gempacked | | 107.95 |
| 8/3 | Transfer Abby | | 100.00 |
| 8/3 | Check 1090 | | 300.00 |
| 8/4 | Etsy | | 49.65 |
| 8/4 | USPS | | 2.08 |
| 8/4 | USPS | | 1.20 |
| 8/5 | Etsy | | 18.77 |
| 8/6 | Etst | | 124.40 |
| 8/6 | Gempacked | | 69.45 |
| 8/6 | Choy | | 125.25 |
| 8/6 | Gempacked | | 62.95 |
| 8/6 | Paypal | | 58.20 |
| 8/7 | Etsy deposit | 72.50 | |
| 8/7 | Taj | | 141.00 |
| 8/7 | USPS | | 3.14 |
| 8/7 | USPS | | 5.95 |
| 8/10 | Gems Ocean | | 61.25 |
| 8/10 | USPS | | 5.95 |
| 8/10 | Etsy deposit | 85.11 | |
| 8/11 | Gempacked | | 39.00 |
| 8/11 | Check 1099 | | 67.00 |
| 8/12 | Seller fees etsy | | 9.31 |
| 8/12 | Commission | | 131.25 |
| 8/13 | Cash squarre | 5.00 | |
| 8/13 | deposit  square | 409.97 | |
| 8/13 | cash | | 5.00 |
| 8/13 | Goddess | | 397.75 |
| 8/14 | Etsy | | 66.95 |
| 8/14 | Etsy | | 34.14 |
| 8/17 | Deposit | 282.00 | |
| 8/17 | Itunes app | | 2.16 |
| 8/17 | Etsy | | 20.39 |
| 8/18 | paypal          only beads | | 34.88 |
| 8/18 | Etsy          NY beads | | 7.27 |
| 8/19 | Scottsdale Bead | | 68.50 |
| 8/21 | ATm Deposit | 1,129.50 | |

| | |
|---|---|
| 8/21 Etsy.com | 212.65 |
| 821 Etsy | 34.84 |
| 8/21 LA Parking | 2.00 |
| 8/24 Paypal transfer 890.00 | |
| 8/25 Etsy deposit 430.18 | |
| 8/25 Square desposit 480.42 | |
| 8/25 Beadspoint | 67.93 |
| 8/25 Paypal | 118.86 |
| 825/ Usps | 22.46 |
| 8/26 Deposit 642.00 | |
| 8/26 parking | 2.00 |
| 8/26 Goddess | 880.48 |
| 8/26 usps | 5.95 |
| 8/26 usps | 9.02 |
| 8/28 transfer to abby | 100.00 |
| 8/28 Check 1005 | 355.00 |
| 8/28 Check 1011 | 132.00 |
| 8/31 Etsy return 14.47 | |
| 8/31 Square despoit 77.80 | |
| 8/31 Return/bank payment 131.25 | |
| 8/31 Beadspoint | 36.94 |
| 8/31 Apple itunes App | 10.99 |

Checks:

| | | |
|---|---|---|
| 8/03 1090 | Shara Showroom | 300.00 |
| 8/11 1099 | Cash / kings beads | 67.00 |
| 8/28 1005 | Goddess | 355.00 |
| 8/28 1011 | Showroom commission | 132.00 |

# Gold Business Services Package



DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
3104 E CAMELBACK RD
PHOENIX AZ 85016-4502

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $2,054.22 |
| Deposits/Credits | 4,950.97 |
| Withdrawals/Debits | - 4,213.27 |
| **Ending balance on 8/31** | **$2,791.92** |
| Average ledger balance this period | $1,725.24 |

Account number: ████████8612

DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ

Arizona account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:
■ Savings - ████████4936



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 8/3 | | Square Inc 150803R2 150803 L200384668106 Deborah Brower | 300.77 | | |
| 8/3 | | Purchase authorized on 07/31 Paypal *Boadspoint 402-935-7733 CA S585212750225115 Card 5345 | | 97.83 | |
| 8/3 | | Purchase authorized on 07/31 Gempacked 213-629-4840 CA S465211193372277 Card 5345 | | 107.95 | |
| 8/3 | | Transfer to Brower Abigail Ref #Ppek8x9Tdc Love You Via Mobile | | 100.00 | |
| 8/3 | 1090 | Check | | 300.00 | 1,749.21 |
| 8/4 | | Purchase authorized on 08/03 Etsy.Com 888-961-4798 NY S005215754967788 Card 5345 | | 49.65 | |
| 8/4 | | Purchase authorized on 08/04 USPS 0363829554 Phoenix AZ P0000000441642861 Card 5345 | | 2.08 | |
| 8/4 | | Purchase authorized on 08/04 USPS 0363829554 Phoenix AZ P0000000743357828 Card 5345 | | 1.20 | 1,696.28 |
| 8/5 | | Purchase authorized on 08/05 Etsy.Com 888-961-4798 NY S005217087554312 Card 5345 | | 18.77 | 1,677.51 |
| 8/6 | | Purchase authorized on 08/05 Etsy.Com 888-961-4798 NY S005217308282636 Card 5345 | | 124.40 | |
| 8/6 | | Purchase authorized on 08/05 Gempacked 213-629-4840 CA S465217637741218 Card 5345 | | 62.95 | |
| 8/6 | | Purchase authorized on 08/05 Choy International 305-4950575 FL S385217693468933 Card 5345 | | 125.25 | |
| 8/6 | | Purchase authorized on 08/05 Paypal *Gompacked 402-935-7733 CA S385217726784181 Card 5345 | | 69.45 | |
| 8/6 | | Purchase authorized on 08/05 Paypal *Admin 402-935-7733 CA S305217846352571 Card 5345 | | 58.20 | 1,237.26 |
| 8/7 | | Etsy Inc Deposit 080615 15756112 Deborah Brower | 72.50 | | |
| 8/7 | | Purchase authorized on 08/05 Taj Company 212-944-6330 NY S585217765504409 Card 5345 | | 141.00 | |
| 8/7 | | Purchase authorized on 08/07 USPS 0363829554 Phoenix AZ P0000000549927172 Card 5345 | | 3.14 | |
| 8/7 | | Purchase authorized on 08/07 USPS 0363829554 Phoenix AZ P0000000240821290 Card 5345 | | 5.95 | 1,159.67 |
| 8/10 | | Purchase authorized on 08/05 Gems Ocean 212-213-9848 NY S585217795521729 Card 5345 | | 61.25 | |
| 8/10 | | Purchase authorized on 08/10 USPS 0363829554 Phoenix AZ P0000000133526731 Card 5345 | | 5.95 | |
| 8/10 | | Purchase authorized on 08/10 USPS 0363829554 Phoenix AZ P0000000834111726 Card 5345 | | 3.54 | 1,088.93 |
| 8/11 | | Etsy Inc Deposit 081015 15850553 Deborah Brower | 85.11 | | |
| 8/11 | | Purchase authorized on 08/10 Gempacked 213-629-4840 CA S305220230617449 Card 5345 | | 39.00 | |
| 8/11 | 1099 | Check | | 67.00 | 1,068.04 |
| 8/12 | | Purchase authorized on 08/11 Etsy Seller Fees 888-961-4798 NY S005224008620540 Card 5345 | | 9.31 | |
| 8/12 | | Bill Pay Meghan on-Line No Account Number on 08-12 | | 131.25 | 927.48 |
| 8/13 | | Purchase Return authorized on 08/12 Sqc*Cash Team . / CA S625225546462451 Card 5345 | 5.00 | | |
| 8/13 | | Square Inc 150813R2 150813 L200391382363 Deborah Brower | 409.97 | | |
| 8/13 | | Purchase authorized on 08/12 Sqc*Abigail Brower 8774174551 CA S385224671930629 Card 5345 | | 5.00 | |
| 8/13 | | Purchase authorized on 08/12 Goddess 323-5251002 CA S385224751282190 Card 5345 | | 397.75 | 939.70 |
| 8/14 | | Purchase authorized on 08/13 Etsy.Com 888-961-4798 NY S185225574488426 Card 5345 | | 66.95 | |
| 8/14 | | Purchase authorized on 08/13 Beads Galore Int'L Tempe AZ S585225835846966 Card 5345 | | 34.13 | 838.62 |
| 8/17 | | Mobile Deposit : Ref Number :914170760690 | 282.00 | | |
| 8/17 | | Purchase authorized on 08/17 Apl* Itunes.Com/Bi 866-712-7753 CA S465228667421921 Card 5345 | | 2.16 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/17 | | Purchase authorized on 08/17 Etsy.Com 888-961-4798 NY S285229168274678 Card 5345 | | 20.39 | 1,098.07 |
| 8/18 | | Purchase authorized on 08/16 Paypal *Onlybeadsl 402-935-7733 CA S305229149421110 Card 5345 | | 34.88 | |
| 8/18 | | Purchase authorized on 08/17 Etsy.Com 888-961-4798 NY S285229744103907 Card 5345 | | 7.27 | 1,055.92 |
| 8/19 | | Purchase authorized on 08/18 Scottsdale Bead Su Scottsdale AZ S005230777810980 Card 5345 | | 68.50 | 987.42 |
| 8/21 | | ATM Check Deposit on 08/21 1129 Sepulveda Blvd Manhattan Bch CA 0007417 ATM ID 0109B Card 5345 | 1,129.50 | | |
| 8/21 | | Purchase authorized on 08/20 Etsy.Com 888-961-4798 NY S165232612921207 Card 5345 | | 212.65 | |
| 8/21 | | Purchase authorized on 08/20 Etsy.Com 888-961-4798 NY S085232705695273 Card 5345 | | 34.84 | |
| 8/21 | | Purchase authorized on 08/20 LA City Parking ME Los Angeles CA S465232833248199 Card 5345 | | 2.00 | 1,867.43 |
| 8/24 | | Paypal Transfer 150822 4Haj28Zp6T246 Charles Brewer | 890.00 | | 2,757.43 |
| 8/25 | | Etsy Inc Deposit 082415 16128247 Deborah Brewer | 430.18 | | |
| 8/25 | | Square Inc 150825P2 150825 L200398108311 Deborah Brewer | 480.42 | | |
| 8/25 | | Purchase authorized on 08/23 Paypal *Beadspoint 402-935-7733 CA S465236213254510 Card 5345 | | 67.93 | |
| 8/25 | | Purchase authorized on 08/23 Paypal *Admin 402-935-7733 CA S465236214336954 Card 5345 | | 118.86 | |
| 8/25 | | Purchase authorized on 08/25 USPS 0547180221 Manhattan Bea CA P00000000147344778 Card 5345 | | 22.46 | 3,458.78 |
| 8/26 | | Deposit Made In A Branch/Store | 642.00 | | |
| 8/26 | | Purchase authorized on 08/25 LA City Parking ME Los Angeles CA S585237755773579 Card 5345 | | 2.00 | |
| 8/26 | | Purchase authorized on 08/25 Goddess Los Angeles CA S385237824914447 Card 5345 | | 880.48 | |
| 8/26 | | Purchase authorized on 08/26 USPS 0547180221 Manhattan Bea CA P00000000054343739 Card 5345 | | 5.95 | |
| 8/26 | | Purchase authorized on 08/26 USPS 0547180221 Manhattan Bea CA P00000000453386117 Card 5345 | | 9.02 | 3,203.33 |
| 8/28 | | Transfer to Brewer Abigail Ref #Ppon67K6G9 Love You Baby Via Mobile | | 100.00 | |
| 8/28 | 1005 | Check | | 355.00 | |
| 8/28 | 1011 | Check | | 132.00 | 2,616.33 |
| 8/31 | | Purchase Return authorized on 08/28 Etsy.Com 888-961-4798 NY S625241546695638 Card 5345 | 14.47 | | |
| 8/31 | | Square Inc 150825P2 150829 L200400682582 Deborah Brewer | 77.80 | | |
| 8/31 | | Bill Payment Return on 08-31 | 131.25 | | |
| 8/31 | | Purchase authorized on 08/28 Paypal *Beadspoint 402-935-7733 CA S305240303576508 Card 5345 | | 36.94 | |
| 8/31 | | Purchase authorized on 08/29 Apl* Itunes.Com/Bi 866-712-7753 CA S385241373014103 Card 5345 | | 10.99 | 2,791.92 |
| Ending balance on 8/31 | | | | | 2,791.92 |
| Totals | | | $4,950.97 | $4,213.27 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1005 | 8/28 | 355.00 | 1090 * | 8/3 | 300.00 | 1099 * | 8/11 | 67.00 |
| 1011 * | 8/28 | 132.00 | | | | | | |

* Gap in check sequence.



## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2015 - 08/31/2015 | Standard monthly service fee $14.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee  (complete 1 AND 2)** | Minimum required | This fee period | |
| 1) Have any ONE of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $1,725.00 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 40 | ☑ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 1 | ☑ |
| · Linked Wells Fargo Credit Card qualified purchase transactions | 5 | 0 | ☐ |
| · Linked Wells Fargo Credit Card total qualified purchases | $500.00 | $0.00 | ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | | |
| - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | | |
| - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage® loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even t loan | | | |
| 2) Complete the package requirements | | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 16 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your      $ _____
register or transfers into      $ _____
your account which are not      $ _____
shown on your statement.      + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . ^ $ _____

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC  NMLSR ID 399801

Case 2:13-bk-05709-DPC    Doc 326    Filed 11/30/15    Entered 11/30/15 17:04:17    Desc
Main Document    Page 10 of 13

# Business Market Rate Savings



DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
3104 E CAMELBACK RD
PHOENIX AZ 85016-4502

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $480.26 |
| Deposits/Credits | 0.01 |
| Withdrawals/Debits | - 6.00 |
| **Ending balance on 8/31** | **$474.27** |
| Average ledger balance this period | $480.26 |

Account number: ███████4936
**DEBORAH BREWER**
**DBA DEBORAH BREWER JEWELRY**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-05709 AZ**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $480.26 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.10 |



**WELLS FARGO**

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 8/31 | Interest Payment | 0.01 | | |
| 8/31 | Monthly Service Fee | | 6.00 | 474.27 |
| | Ending balance on 8/31 | | | 474.27 |
| **Totals** | | **$0.01** | **$6.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2015 - 08/31/2015 | Standard monthly service fee $6.00 | You paid $6.00 |
|-----|-----|-----|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average collected balance | $500.00 | $480.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |
| YC/YC | | |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your                $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . − $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B − Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801