# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:
Deborah Brewer

)
)
)
)
)
)
)
)
Debtor(s) )
)

CASE NO. 2:13-bk-05709-DPC

**INDIVIDUAL DEBTOR NOT ENGAGED IN BUSINESS MONTHLY REPORT**

MONTH OF: _Sept. 2015_

DATE PETITION FILED: _____ 4/10/2013

TAX PAYER ID NO. : _____ 2095

(Debtor's Social Securtiy #)     last 4 digits only

_____
(Co-Debtor's Social Securtily #)

Nature of Debtor's Business: _____
Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: Oct. 10 2013   TO BE FILED: _____
ATE PLAN OF REORGANIZATION FILED:   Oct. 10 2013 TO BE FILED: _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____          _____
ORIGINAL SIGNATURE OF DEBTOR          SIGNATURE OF CO-DEBTOR

Deborah Brewer
_____          _____
PRINTED NAME OF DEBTOR          PRINTED NAME OF CO-DEBTOR

_____          _____
DATE          DATE

**PREPARER:**

_____          _____
ORIGINAL SIGNATURE OF PREPARER          TITLE

_____          _____
PRINTED NAME OF PREPARER          DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** _____

PHONE NUMBER: _____

ADDRESS: _____

**FILE REPORT ELECTRONICALLY WITH THE COURT**

Case Number: 2:13-bk-05709-DPC

# CASH SUMMARY

| | Post-Petition Debtor-in-Possession Accounts | | | TOTAL |
|---|---|---|---|---|
| | Cash | Checking #8612 | Savings #4936 | # | |
| Balance at Beginning of Period | | $ 2,791.92 | $ 474.27 | | $ 3,266.19 |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | $ 6,814.47 | | | $ 6,814.47 |
| Wages - Co-Debtor | | | | | $ - |
| Loans and Advances | | | | | $ - |
| Sale of Assets | | | | | $ - |
| Gifts (money) | | | | | $ - |
| Interest | | | $ 0.01 | | $ 0.01 |
| | | | | | $ - |
| Transfers from Other DIP Accounts | | | $ 200.00 | | $ 200.00 |
| Other (attach list) | | | | | $ - |
| | | | | | $ - |
| **TOTAL RECEIPTS** | $ - | $ 6,814.47 | $ 200.01 | $ - | $ 7,014.48 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | $ 7,663.82 | $ 100.00 | | $ 7,763.82 * |
| **Balance at End of Month** | $ - | $ 1,942.57 | $ 574.28 | $ - | $ 2,516.85 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements (from above) | $ 7,763.82 * |
| Plus: Payroll deductions (from page 4) | |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less: Transfers between debtor-in-possession bank accounts | $ 200.00 |
| **Total Disbursements for Calculating Quarterly Fees** | $ 7,563.82 |

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? |  | X |
| 2. Have you made any payments to an attorney or accountant this month? |  | X |
| 3. Have any payments been made on prepetition liabilities during this reporting period? |  | X |
| 4. Have any post-petition loans been received by the debtor(s) from any party? |  | X |
| 5. Have any insurance policies or coverages expired? |  | X |
| 6. Are any post-petition real estate taxes past due? |  | X |
| 7. Have any pre-petition taxes been paid during this reporting period? |  | X |
| 8. Do you expect any significant income changes within the next 90 days? |  | X |
| 9. Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

_____

_____

_____

_____

_____

_____

_____

_____

What progress has been made, during the reporting period, towards reorganinzing your estate ?

_____

_____

_____

_____

_____

_____

_____

_____

Deborah Brewer Reports
September 2015

Beginning balance: 2,791.92
Deposits : 6,814.47
Withdrawals 7,663.82

Ending balance 1,942.57

| | | | |
|---|---|---|---|
| 9/1 Etsy deposit | 57.95 | | |
| 9/1 Deposit | 240.00 | | |
| 9/1 parking | | | 2.25 |
| 9/1 usps | | | 5.63 |
| 9/2 square deposit | 368.48 | | |
| 9/2 deposit | 1,434.40 | | |
| 9/2 Bella | | | 230.18 |
| 9/2 Beadspoint | | | 92.28 |
| 9/2 Goddess | | j | 540.00 |
| 9/2 parking | | | 2.00 |
| 9/2 Jewelry Box | | | 39.61 |
| 9/2 Check/1100  Shara Showroom | | | 300.00 |
| 9/4 Bella Findings | | | 609.12 |
| 9/4 bella | | | 38.00 |
| 9/4 parking | | | 1.25 |
| 9/4 parking | | | 2.00 |
| 9/4 American Apparel – dress for trunk show | | | 63.32 |
| 9/4 Check 1010          Kings Beads/cash | | | 92.00 |
| 9/4 Check 1013 Kings Beads/Cash | | | 114.00 |
| 9/4 Check 1008 Kings Beads/Cash | | | 187.00 |
| 9/4 1014 Check  Kings Beads/Cash | | | 200.00 |
| 9/4 Check 1012 Kings Beads/Cash | | | 219.00 |
| 9/4 Check 1007 Kings Beads/Cash | | | 250.00 |
| 9/4 Check 1009 Kings/Beads Cash | | | 452.00 |
| 9/8 Goddess | | | 382.00 |
| 9/8 Goddess | | | 184.00 |
| 9/8 Tandon Gems | | | 140.00 |
| 9/8 Tandon Gems | | | 25.00 |
| 9/8 usps | | | 5.95 |
| 9/8 etsy | | | 130.20 |
| 9/9 square dep | 517.09 | | |
| 9/9 Direct Pay | | | 10.00 |
| 9/9 Scottsdale Bead | | | 120.00 |
| 9/9 sqaure | 420.43 | | |
| 9/10 Biltmore pro Print/cards | | 128.88 | |
| 9/10 Beads Galore | | 32.45 | |

| Date | Description | Deposit | Amount |
|---|---|---|---|
| 9/11 | Deposit | 305.00 | |
| 9/11 | Etsy | | 25.45 |
| 9/11 | Transfert to Abby | | 125.00 |
| 9/14 | Goddess | | 232.00 |
| 9/14 | Beadspoint | | 201.66 |
| 9/15 | Despoit | 119.06 | |
| 9/15 | deposit | 375.00 | |
| 9/16 | Commission fees | | 460.21 |
| 9/17 | Gems Oceans | | 110.25 |
| 9/17 | Etsy fees | | 35.17 |
| 9/17 | Blue Ridge Beads | | 11.35 |
| 9/18 | usps | | 19.99 |
| 9/21 | Goddess | | 319.00 |
| 9/21 | Transfer to Business | | 200.00 |
| 9/21 | Michaels | | 38.98 |
| 9/21 | usps | | 12.20 |
| 9/21 | Trasnfer to Abby | | 100.00 |
| 9/21 | usps | | 3.73 |
| 9/22 | Deposit | 200.54 | |
| 9/22 | Blue Ridge Beads | | 17.14 |
| 9/22 | usps | | 2.54 |
| 9/23 | etsy return | 2.55 | |
| 9/23 | Paypal deposit | 437.62 | |
| 9/23 | etsy | | 128.65 |
| 9/23 | 7-11 | | 1.63 |
| 9/24 | paypal deposit | 282.26 | |
| 9/24 | Gems Ocean | | 75.25 |
| 9/24 | Etsy | | 69.82 |
| 924 | Etsy | | 42.34 |
| 9/24 | usps | | 6.10 |
| 9/25 | deposit | 68.00 | |
| 9/25 | Studio baboo | | 81.34 |
| 9/28 | Blue Ridge Beads | | 14.22 |
| 9/28 | Only beads | | 121.93 |
| 9/28 | Showroom fees | | 300.00 |
| 9/29 | Etsy deposit | 142.09 | |
| 9/29 | gempacked | | 64.00 |
| 9/29 | Transfer to Abby | | 100.00 |
| 9/29 | usps | | 2.54 |
| 9/30 | Paypal deposit | 1,316.00 | |
| 9/30 | Gempacked | | 40.95 |
| 9/30 | Transfer to Abby | | 100.00 |

Checks:
1007 9/4 Kings Beads/Cash 250.00

```
1008  9/4  Kings Beads/Cash  187.00
1009   9/4 Kings Beads Cash   452.00
1010  9/4 Kings Beads/Cash  92.00
1012  9/4 Kings              219.00
1013 9/4 Kings               114.00
1014   9/4 Kings             200.00
1100   9/2 Shara Showrrom fees   300.00
```

# Gold Business Services Package



DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
3104 E CAMELBACK RD
PHOENIX AZ 85016-4502

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $2,791.92 |
| Deposits/Credits | 6,814.47 |
| Withdrawals/Debits | - 7,663.82 |
| **Ending balance on 9/30** | **$1,942.57** |
| Average ledger balance this period | $1,416.56 |

Account number ●●●●●●●8612

DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
- Savings - ●●●●●●●4936



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 9/1 | | Etsy Inc Deposit 083115 16255175 Deborah Brewer | 57.95 | | |
| 9/1 | | Deposit Made In A Branch/Store | 240.00 | | |
| 9/1 | | Purchase authorized on 08/31 Citymb-Pkg-Ips Manhattan Bch CA S385243627168395 Card 5345 | | 2.25 | |
| 9/1 | | Purchase authorized on 09/01 USPS 0547180221 Manhattan Bea CA P00000000942135161 Card 5345 | | 5.63 | 3,081.99 |
| 9/2 | | Square Inc 150902P2 150902 L200402048605 Deborah Brewer | 368.48 | | |
| 9/2 | | Mobile Deposit : Ref Number :417020999015 | 1,434.40 | | |
| 9/2 | | Purchase authorized on 08/31 Bella Findings Los Angeles CA S285243760645187 Card 5345 | | 230.18 | |
| 9/2 | | Purchase authorized on 08/31 Paypal *Beadspoint 402-935-7733 CA S385244118489938 Card 5345 | | 92.28 | |
| 9/2 | | Purchase authorized on 09/01 Goddess Los Angeles CA S385244818166685 Card 5345 | | 540.00 | |
| 9/2 | | Purchase authorized on 09/01 LA City Parking ME Los Angeles CA S385244829111273 Card 5345 | | 2.00 | |
| 9/2 | | Purchase authorized on 09/02 Jpb Jewelry Box CO Los Angeles CA P00465245733731884 Card 5345 | | 39.61 | |
| 9/2 | 1100 | Check | | 300.00 | 3,680.80 |
| 9/4 | | Purchase authorized on 09/02 Bella Findings Los Angeles CA S165245810833007 Card 5345 | | 609.12 | |
| 9/4 | | Purchase authorized on 09/02 Bella Findings Los Angeles CA S165245816994820 Card 5345 | | 38.00 | |
| 9/4 | | Purchase authorized on 09/03 LA City Parking ME Los Angeles CA S385246690997110 Card 5345 | | 1.25 | |
| 9/4 | | Purchase authorized on 09/03 LA City Parking ME Los Angeles CA S305246718667463 Card 5345 | | 2.00 | |
| 9/4 | | Purchase authorized on 09/04 American Apparel Retai Manhattan Bch CA P00465247774365767 Card 5345 | | 63.32 | |
| 9/4 | 1010 | Cashed Check | | 92.00 | |
| 9/4 | 1013 | Cashed Check | | 114.00 | |
| 9/4 | 1008 | Cashed Check | | 187.00 | |
| 9/4 | 1014 | Cashed Check | | 200.00 | |
| 9/4 | 1012 | Cashed Check | | 219.00 | |
| 9/4 | 1007 | Cashed Check | | 250.00 | |
| 9/4 | 1009 | Cashed Check | | 452.00 | 1,453.11 |
| 9/8 | | Purchase authorized on 09/03 Goddess Los Angeles CA 'S285246758872643 Card 5345 | | 382.00 | |
| 9/8 | | Purchase authorized on 09/06 Goddess Los Angeles CA S305249713410944 Card 5345 | | 184.00 | |
| 9/8 | | Purchase authorized on 09/06 Tandon Gems and Jo Cupertino CA S465249729111980 Card 5345 | | 140.00 | |
| 9/8 | | Purchase authorized on 09/06 Tandon Gems and Jo Cupertino CA S465249730479799 Card 5345 | | 25.00 | |
| 9/8 | | Purchase authorized on 09/08 USPS 0363829554 Phoenix AZ P00000000759393195 Card 5345 | | 5.95 | |
| 9/8 | | Purchase authorized on 09/08 Etsy.Com 888-961-4798 NY S165251107418928 Card 5345 | | 130.20 | 585.96 |
| 9/9 | | Square Inc 150909P2 150909 L200404595961 Deborah Brewer | 517.09 | | |
| 9/9 | | Direct Pay Monthly Base | | 10.00 | |
| 9/9 | | Purchase authorized on 09/08 Scottsdale Bead Su Scottsdale AZ S285252043715292 Card 5345 | | 120.40 | |
| 9/9 | | Purchase authorized on 09/09 USPS 0363829554 Phoenix AZ P00000000943031372 Card 5345 | | 1.86 | 970.79 |
| 9/10 | | Square Inc 150910P2 150910 L200404973585 Deborah Brewer | 420.43 | | |
| 9/10 | | Purchase authorized on 09/08 Biltmore Pro Print 602-954-6517 AZ S005251677540293 Card 5345 | | 128.88 | |
| 9/10 | | Purchase authorized on 09/09 Beads Galore Int'L Tempe AZ S385252725849566 Card 5345 | | 32.45 | 1,229.89 |
| 9/11 | | Mobile Deposit : Ref Number :509110159765 | 305.00 | | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|--------|
| 9/11 | | Purchase authorized on 09/10 Etsy.Com 888-961-4798 NY S005254028366968 Card 5345 | | 25.45 | |
| 9/11 | | Transfer to Brewer Abigail Ref #Ppe5P4Dkst Via Mobile | | 125.00 | 1,384.44 |
| 9/14 | | Purchase authorized on 09/11 Goddess Los Angeles CA S305254723100390 Card 5345 | | 232.00 | |
| 9/14 | | Paypal Inst Xfer 150914 Beadspolnii Charles Brewer | | 201.66 | 950.78 |
| 9/15 | | Etsy Inc Deposit 091415 16576265 Deborah Brewer | 119.06 | | |
| 9/15 | | Mobile Deposit : Ref Number :009150692284 | 375.00 | | 1,444.84 |
| 9/16 | | Transfer to Boyce Meghan Ref #Ppegdb9Dqf Commission Fees | | 460.21 | 984.63 |
| 9/17 | | Purchase authorized on 09/15 Gems Ocean 212-213-9848 NY S465258726262453 Card 5345 | | 110.25 | |
| 9/17 | | Purchase authorized on 09/16 Etsy Seller Fees 888-961-4798 NY S165259460033379 Card 5345 | | 35.17 | |
| 9/17 | | Purchase authorized on 09/16 Blue Ridge Beads & Crozet VA S465259699319589 Card 5345 | | 11.35 | 827.86 |
| 9/18 | | ATM Check Deposit on 09/18 901 Emmet Street N Charlottesvil VA 0009058 ATM ID 0270G Card 5345 | 528.00 | | |
| 9/18 | | Purchase authorized on 09/18 USPS 5117160906 Charlottesvil VA P0000000842525063 Card 5345 | | 19.99 | 1,335.87 |
| 9/21 | | Purchase authorized on 09/17 Goddess 323-525-1002 CA S165260830250676 Card 5345 | | 319.00 | |
| 9/21 | | Online Transfer to Deborah Brewer Ref #Iben6G95Mc Business Market Rate Saving Via Mobile | | 200.00 | |
| 9/21 | | Purchase authorized on 09/20 Michaels Stores Inc880 Charlottesvil VA P00585263564724002 Card 5345 | | 38.98 | |
| 9/21 | | Purchase authorized on 09/21 USPS 5117160906 Charlottesvil VA P0000000013937180 Card 5345 | | 12.20 | |
| 9/21 | | Transfer to Brewer Abigail Ref #Ppen6Gjczn Via Mobile | | 100.00 | |
| 9/21 | | Purchase authorized on 09/21 USPS 5123100932 Crozet VA P0000000085617645 Card 5345 | | 3.73 | 661.96 |
| 9/22 | | Etsy Inc Deposit 092115 16631050 Deborah Brewer | 200.54 | | |
| 9/22 | | Purchase authorized on 09/21 Blue Ridge Beads & Crozet VA S385264720943227 Card 5345 | | 17.14 | |
| 9/22 | | Purchase authorized on 09/22 USPS 5123100932 Crozet VA P0000000456856943 Card 5345 | | 2.54 | 842.82 |
| 9/23 | | Purchase Return authorized on 09/22 Etsy.Com 888-961-4798 NY S625266547100386 Card 5345 | 2.55 | | |
| 9/23 | | Paypal Transfer 150923 4Haj293Ubf56A Charles Brewer | 437.62 | | |
| 9/23 | | Purchase authorized on 09/22 Etsy.Com 888-961-4798 NY S005265534777965 Card 5345 | | 128.65 | |
| 9/23 | | Purchase authorized on 09/22 7-Eleven Charlottesvil VA P0000000247703659 Card 5345 | | 1.63 | 1,152.71 |
| 9/24 | | Paypal Transfer 150924 4Haj293Xbcsx8 Charles Brewer | 282.26 | | |
| 9/24 | | Purchase authorized on 09/22 Gems Ocean 212-213-9848 NY S465265578179722 Card 5345 | | 75.25 | |
| 9/24 | | Purchase authorized on 09/23 Etsy.Com 888-961-4798 NY S085266407713865 Card 5345 | | 69.82 | |
| 9/24 | | Purchase authorized on 09/23 Etsy.Com 888-961-4798 NY S165266410776943 Card 5345 | | 42.34 | |
| 9/24 | | Purchase authorized on 09/24 USPS 5117160906 Charlottesvil VA P0000000950202556 Card 5345 | | 6.10 | 1,241.46 |
| 9/25 | | Mobile Deposit : Ref Number :514250124476 | 68.00 | | 1,228.12 |
| 9/25 | | Purchase authorized on 09/23 Studio Babeo 999-9999999 VA S305266714878705 Card 5345 | | 81.34 | |
| 9/28 | | Purchase authorized on 09/25 Blue Ridge Beads & Crozet VA S465268640404491 Card 5345 | | 14.22 | |
| 9/28 | | Purchase authorized on 09/27 Paypal *Onlybeads 402-935-7733 CA S465270688919090 Card 5345 | | 121.93 | |
| 9/28 | | Transfer to Boyce Meghan Ref #Ppo8Lb8Jpd Showroom Fees Via Mobile | | 300.00 | 791.97 |
| 9/29 | | Etsy Inc Deposit 092815 16783659 Deborah Brewer | 142.09 | | |

Case 2:13-bk-05709-DPC    Doc 327    Filed 11/30/15    Entered 11/30/15 17:10:45    Desc
Main Document    Page 9 of 15



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 9/29 | | Purchase authorized on 09/28 Paypal *Gempacked 402-935-7733 CA S465272017846437 Card 5345 | | 64.00 | |
| 9/29 | | Transfer to Brewer Abigail Ref #Pp5P94Nng Via Mobile | | 100.00 | |
| 9/29 | | Purchase authorized on 09/29 USPS 0363829554 Phoenix AZ P00000000454263112 Card 5345 | | 2.54 | 767.52 |
| 9/30 | | Paypal Transfer 150930 4Haj294B35Pnc Charles Brewer | 1,316.00 | | |
| 9/30 | | Purchase authorized on 09/29 Gempacked 213-629-4840 CA S585270627898419 Card 5345 | | 40.95 | |
| 9/30 | | Transfer to Brewer Abigail Ref #Ppexvpf2Sb for Working Hard Via Mobile | | 100.00 | 1,942.57 |
| Ending balance on 9/30 | | | | | 1,942.57 |
| Totals | | | $6,814.47 | $7,663.82 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1007 | 9/4 | 250.00 | 1010 | 9/4 | 92.00 | 1014 | 9/4 | 200.00 |
| 1008 | 9/4 | 187.00 | 1012 * | 9/4 | 219.00 | 1100 * | 9/2 | 300.00 |
| 1009 | 9/4 | 452.00 | 1013 | 9/4 | 114.00 | | | |

* Gap in check sequence

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account

| Fee period 09/01/2015 - 09/30/2015 | Standard monthly service fee $14.00 | You paid $0.00 | |
|------|------|------|------|
| How to avoid the monthly service fee (complete 1 AND 2) | Minimum required | This fee period | |
| 1) Have any ONE of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $1,417.00 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 46 | ☑ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 1 | ☑ |
| · Linked Wells Fargo Credit Card qualified purchase transactions | 5 | 0 | ☐ |
| · Linked Wells Fargo Credit Card total qualified purchases | $500.00 | $0.00 | ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | | |
| - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | | |
| - Combined average daily balances from the previous month for Wells Fargo Business PrimaLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | | |
| 2) Complete the package requirements | | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 26 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . $ \_\_\_\_\_

**ADD**
B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ \_\_\_\_\_
$ \_\_\_\_\_
+ $ \_\_\_\_\_
. . . . . . . . . . . . . . . . . . . . . TOTAL $ \_\_\_\_\_

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . TOTAL $ \_\_\_\_\_

**SUBTRACT**
C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . - $ \_\_\_\_\_

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . $ \_\_\_\_\_

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings



DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
3104 E CAMELBACK RD
PHOENIX AZ 85016-4502

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

### Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $474.27 |
| Deposits/Credits | 200.01 |
| Withdrawals/Debits | - 100.00 |
| **Ending balance on 9/30** | **$574.28** |
| Average ledger balance this period | $517.60 |

Account number: ●●●●●●4936

**DEBORAH BREWER**
**DBA DEBORAH BREWER JEWELRY**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-05709 AZ**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $517.60 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.11 |




## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 9/21 | Online Transfer From Deborah Brewer Ref #Iben6G95Mc Business Checking Via Mobile | 200.00 | | 674.27 |
| 9/24 | * Transfer to Brewer Abigail Ref #Ppe5P7Vj5L Via Mobile | | 100.00 | 574.27 |
| 9/30 | Interest Payment | 0.01 | | 574.28 |
| | Ending balance on 9/30 | | | 574.28 |
| **Totals** | | **$200.01** | **$100.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

\* *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/01/2015 - 09/30/2015 | Standard monthly service fee $6.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average collected balance | $500.00 | $518.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC




---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your        $ _____
   register or transfers into          $ _____
   your account which are not          $ _____
   shown on your statement.          + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801