# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:                          )      CASE NO. 2:13-bk-05709-DPC
Deborah Brewer                  )
                                )      **INDIVIDUAL DEBTOR NOT ENGAGED IN**
                                )      **BUSINESS MONTHLY REPORT**
                                )
                                )      MONTH OF: _Oct. 2015_
                                )
                                )      DATE PETITION FILED: _____ 4/10/2013
                Debtor(s) )      TAX PAYER ID NO. : _____ 2095
_____ )
                                       (Debtor's Social Securtiy #)    last 4 digits only

                                       (Co-Debtor's Social Securtiy #)

Nature of Debtor's Business: _____
Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: Oct. 10 2013    TO BE FILED: _____
)ATE PLAN OF REORGANIZATION FILED:    Oct. 10 2013 TO BE FILED: _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____          _____
ORIGINAL SIGNATURE OF DEBTOR              SIGNATURE OF CO-DEBTOR

Deborah Brewer
_____          _____
PRINTED NAME OF DEBTOR                    PRINTED NAME OF CO-DEBTOR

_____          _____
            DATE                                      DATE
**PREPARER:**

_____          _____
ORIGINAL SIGNATURE OF PREPARER            TITLE

_____          _____
PRINTED NAME OF PREPARER                  DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** _____

                        PHONE NUMBER: _____

                              ADDRESS: _____

**FILE REPORT ELECTRONICALLY WITH THE COURT**

# CASH SUMMARY

| | Post-Petition Debtor-in-Possession Accounts | | | TOTAL |
|---|---|---|---|---|
| | Cash | Checking #8612 | Savings #4936 | # |
| Balance at Beginning of Period | | $ 1,942.57 | $ 574.28 | | $ 2,516.85 |

**RECEIPTS**

| | Cash | Checking #8612 | Savings #4936 | # | TOTAL |
|---|---|---|---|---|---|
| Wages - Debtor | | $ 3,652.01 | | | $ 3,652.01 |
| Wages - Co-Debtor | | | | | $ - |
| Loans and Advances | | | | | $ - |
| Sale of Assets | | | | | $ - |
| Gifts (money) | | | | | $ - |
| Interest | | | $ 0.01 | | $ 0.01 |
| | | | | | $ - |
| Transfers from Other DIP Accounts | | | | | $ - |
| Other (attach list) | | | | | $ - |
| | | | | | $ - |
| **TOTAL RECEIPTS** | $ - | $ 3,652.01 | $ 0.01 | $ - | $ 3,652.02 |

| | Cash | Checking #8612 | Savings #4936 | # | TOTAL |
|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | $ 4,675.67 | $ 406.00 | | $ 5,081.67 * |
| **Balance at End of Month** | $ - | $ 918.91 | $ 168.29 | $ - | $ 1,087.20 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements (from above) | $ 5,081.67 * |
| Plus: Payroll deductions (from page 4) | |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | $ 5,081.67 |

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| 1.  Have any assets been sold or transferred during this reporting period? | | X |
| 2.  Have you made any payments to an attorney or accountant this month? | | X |
| 3.  Have any payments been made on prepetition liabilities during this reporting period? | | X |
| 4.  Have any post-petition loans been received by the debtor(s) from any party? | | X |
| 5.  Have any insurance policies or coverages expired? | | X |
| 6.   Are any post-petition real estate taxes past due? | | X |
| 7.   Have any pre-petition taxes been paid during this reporting period? | | X |
| 8.   Do you expect any significant income changes within the next 90 days? | | X |
| 9.  Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

_____
_____
_____
_____
_____
_____
_____
_____

What progress has been made, during the reporting period, towards reorganinzing your estate ?

_____
_____
_____
_____
_____
_____
_____
_____

Deborah brewer Reports
Oct 2015

Beginning balance 10/1  1,942.57
Deposits: 3,652.01
Withdrawals : 4,675.67
Ending balance: 918.91

| Date / Description | Deposit | Withdrawal |
|---|---|---|
| 10/1 Etsy | | 31.19 |
| 10/1 Usps | | 2.54 |
| 10/2 Paypal / Dihy6406 | | 50.70 |
| 10/2 Studio Baboo | | 66.28 |
| 10/2 scottsdale Bead | | 17.80 |
| 10/5 Deposit | 156.50 | |
| 10/5 square deposit | 250.75 | |
| 10/5 Etsy fees | | 36.29 |
| 10/5 Paypal charge/Blc Jewelry Fantasy | | 1,074.32 |
| 10/5 Beadrum | | 17.80 |
| 10/6 deposit | 402.00 | |
| 10/6 Gempacked | | 37.71 |
| 10/6 Bella Creations | | 229.15 |
| 10/7 Pakring | | .50 |
| 10/8 Direct Pay      bank fee | | 10.00 |
| 10/8 Etsy | | 104.76 |
| 10/8 Bella Creations | | 315.06 |
| 10/9 Taj New York beads | | 158.00 |
| 10/13 Square deposit | 139.77 | |
| 10/14 Goddess | | 166.00 |
| 10/14 Goddess | | 14.00 |
| 10/14 usps | | 6.40 |
| 10/15 transfer to savings | 300.00 | |
| 10/15 usps | | 6.08 |
| 10/16 square dep | 399.36 | |
| 10/16 Bead factory | | 40.09 |
| 10/16 Check 1018 | | 40.00 |
| 10/19 square dep | 254.61 | |
| 10/19 atm deposit | 312.00 | |
| 10/19 parking | | 2.00 |
| 10/19 Bella | | 275.61 |
| 10/19 parking | | 1.00 |
| 10/19 Vons grocery | | 82.24 |
| 10/19 Amazon membership | | 107.22 |
| 10/20 Credit Amazon | 107.22 | |
| 10/20 Square | 750.62 | |

| | | |
|---|---|---|
| 10/22 parking | | 1.25 |
| 10/22 Choy Intl. beads | | 95.25 |
| 1022 Goddess | | 410.25 |
| 10/26 Bella | | 207.44 |
| 10/26 Bead Factory | | 72.78 |
| 10/27 parking | | 2.00 |
| 10/27 Goddess | | 77.00 |
| 10/27 Goddess | | 16.87 |
| 10/27 Vons groceries | | 64.18 |
| 10/27 Check 1017 | | 242.00 |
| 10/27 Check 1021 | | 8.00 |
| 10/28 Bella | | 81.71 |
| 10/28 parking | | .75 |
| 10/28 Goddess | | 36.00 |
| 10/28 ATM withdrawal | | 22.75 |
| 10/28 Atm fee | | 2.50 |
| 10/29 Goddess | | 95.00 |
| 10/30 Square dep | 579.18 | |
| 10/30 transfer to abby | | 75.00 |

| | | |
|---|---|---|
| checks: 10/16  1018  Tithing | | 40.00 |
| 10/27  1017  Cash/Kings Beads | | 242.00 |
| 10/27  1021  Athena Parking | | 8.00 |

# Gold Business Services Package



DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
3104 E CAMELBACK RD
PHOENIX AZ 85016-4502

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $1,942.57 |
| Deposits/Credits | 3,652.01 |
| Withdrawals/Debits | - 4,675.67 |
| **Ending balance on 10/31** | **$918.91** |
| Average ledger balance this period | $977.37 |

Account number: ████8612

DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings ████████4936



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 10/1 | | Purchase authorized on 09/30 Etsy.Com 888-961-4798 NY S16527354629843 Card 5345 | | 31.19 | |
| 10/1 | | Purchase authorized on 10/01 USPS 0363829554 Phoenix AZ P00000000240313347 Card 5345 | | 2.54 | 1,908.84 |
| 10/2 | | Purchase authorized on 10/01 Paypal *Diyh6406 402-935-7733 CA S305274678115511 Card 5345 | | 50.70 | |
| 10/2 | | Purchase authorized on 10/01 Studio Baboo 434-244-2905 VA S285274714356912 Card 5345 | | 66.28 | |
| 10/2 | | Purchase authorized on 10/01 Sq *Scottsdale Bea Scottsdale AZ S585274778806260 Card 5345 | | 17.80 | 1,774.06 |
| 10/5 | | Mobile Deposit : Ref Number :521030346742 | 156.50 | | |
| 10/5 | | Square Inc 151003P2 151003 L200414632383 Deborah Brewer | 250.75 | | |
| 10/5 | | Purchase authorized on 10/02 Etsy Seller Fees 888-961-4798 NY S285275594138020 Card 5345 | | 36.29 | |
| 10/5 | | Purchase authorized on 10/02 Paypal *Bic 402-935-7733 CA S465275621994910 Card 5345 | | 1,074.32 | |
| 10/5 | | Purchase authorized on 10/02 Pp*Boadrum Mesa AZ S465275863962932 Card 5345 | | 290.00 | 780.70 |
| 10/6 | | ATM Check Deposit on 10/06 1129 Sepulveda Blvd Manhattan Bch CA 0001709 ATM ID 0109B Card 5345 | 402.00 | | |
| 10/6 | | Purchase authorized on 10/05 Gempacked 213-629-4840 CA S465277270123622 Card 5345 | | 37.71 | |
| 10/6 | | Purchase authorized on 10/05 Bella Creations Los Angeles CA S385279015069771 Card 5345 | | 229.15 | 915.84 |
| 10/7 | | Purchase authorized on 10/06 Citymb-Pkg-Ips Manhattan Bch CA S385279713793174 Card 5345 | | 0.50 | 915.34 |
| 10/8 | | Direct Pay Monthly Base | | 10.00 | |
| 10/8 | | Purchase authorized on 10/07 Etsy.Com 888-961-4798 NY S085280552638898 Card 5345 | | 104.76 | |
| 10/8 | | Purchase authorized on 10/07 Bella Creations Los Angeles CA S305280823826753 Card 5345 | | 315.06 | 485.52 |
| 10/9 | | Purchase authorized on 10/07 Taj Company 212-944-6330 NY S585280711763140 Card 5345 | | 158.00 | 327.52 |
| 10/13 | | Square Inc 151013P2 151013 L200418476979 Deborah Brewer | 139.77 | | 467.29 |
| 10/14 | | Purchase authorized on 10/13 Goddess Los Angeles CA S465286818394413 Card 5345 | | 166.00 | |
| 10/14 | | Purchase authorized on 10/13 Goddess Los Angeles CA S585286819082775 Card 5345 | | 14.00 | |
| 10/14 | | Purchase authorized on 10/14 USPS 0547180221 Manhattan Bea CA P00000000044072138 Card 5345 | | 6.40 | 280.89 |
| 10/15 | | Online Transfer From Deborah Brewer Ref #Ibexvv4Yww Business Market Rate Saving Via Mobile | 300.00 | | |
| 10/15 | | Purchase authorized on 10/15 USPS 0547180221 Manhattan Bea CA P00000000531582990 Card 5345 | | 6.08 | 574.81 |
| 10/16 | | Square Inc 151016P2 151016 L200419892102 Deborah Brewer | 399.36 | | |
| 10/16 | | Purchase authorized on 10/16 The Bead Factory Los Angeles CA P00305289751355348 Card 5345 | | 40.09 | |
| 10/16 | 1018 | Check | | 40.00 | 894.08 |
| 10/19 | | Square Inc 151019P2 151019 L200421002067 Deborah Brewer | 254.61 | | |
| 10/19 | | ATM Check Deposit on 10/19 3110 Sepulveda Blvd Manhattan Bch CA 0002073 ATM ID 0810B Card 5345 | 312.00 | | |
| 10/19 | | Purchase authorized on 10/16 LA City Parking ME Los Angeles CA S585289740854410 Card 5345 | | 2.00 | |
| 10/19 | | Purchase authorized on 10/16 Bella Creations Los Angeles CA S305289841308664 Card 5345 | | 275.61 | |
| 10/19 | | Purchase authorized on 10/17 Sm City Parking ME Santa Monica CA S585290834066072 Card 5345 | | 1.00 | |
| 10/19 | | Purchase authorized on 10/17 Vons Store 2275 Manhattan Bea CA P00385291019043088 Card 5345 | | 82.24 | |




## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 10/19 | | Recurring Payment authorized on 10/18 Amazonprime Member Amzn.Com/Prme NV S305291843529374 Card 5345 | | 107.22 | 992.62 |
| 10/20 | | Card Provisional Credit 11020157591 | 107.22 | | |
| 10/20 | | Square Inc 151020P2 151020 L200421293854 Deborah Brewer | 750.62 | | 1,850.46 |
| 10/22 | | Purchase authorized on 10/21 LA City Parking ME Los Angeles CA S465294791005500 Card 5345 | | 1.25 | |
| 10/22 | | Purchase authorized on 10/21 Sq *Choy Internati Orlando FL S585294804372668 Card 5345 | | 95.25 | |
| 10/22 | | Purchase authorized on 10/21 Goddess Los Angeles CA S305295002875740 Card 5345 | | 410.25 | 1,343.71 |
| 10/26 | | Purchase authorized on 10/23 Bella Creations Los Angeles CA S305296825952578 Card 5345 | | 207.44 | |
| 10/26 | | Purchase authorized on 10/26 The Bead Factory Los Angeles CA P0030529972608I709 Card 5345 | | 72.78 | 1,063.49 |
| 10/27 | | Purchase authorized on 10/26 LA City Parking ME Los Angeles CA S385299782931335 Card 5345 | | 2.00 | |
| 10/27 | | Purchase authorized on 10/26 Goddess Los Angeles CA S385299861327202 Card 5345 | | 77.00 | |
| 10/27 | | Purchase authorized on 10/26 Goddess Los Angeles CA S305299862719049 Card 5345 | | 16.87 | |
| 10/27 | | Purchase with Cash Back $ 40.00 authorized on 10/26 Vons Store 2275 Manhattan Bea CA P0000000850096944 Card 5345 | | 64.18 | |
| 10/27 | 1017 | Check | | 242.00 | |
| 10/27 | 1021 | Check | | 8.00 | 653.44 |
| 10/28 | | Purchase authorized on 10/27 Bella Creations Los Angeles CA S465300805078404 Card 5345 | | 81.71 | |
| 10/28 | | Purchase authorized on 10/27 LA City Parking ME Los Angeles CA S385300825179726 Card 5345 | | 0.75 | |
| 10/28 | | Purchase authorized on 10/27 Goddess Los Angeles CA S585300840112545 Card 5345 | | 36.00 | |
| 10/28 | | Non-WF ATM Withdrawal authorized on 10/28 862 S Los Angelthompson R Los Angeles CA 00585301698695061 ATM ID Dat04914 Card 5345 | | 22.75 | |
| 10/28 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 509.73 |
| 10/29 | | Purchase authorized on 10/28 Goddess Los Angeles CA S305301747522749 Card 5345 | | 95.00 | 414.73 |
| 10/30 | | Square Inc 151030P2 151030 L200425520456 Deborah Brewer | 579.18 | | |
| 10/30 | | Transfer to Brewer Abigail Ref #Ppe2Sjgcv4 Via Mobile | | 75.00 | 918.91 |
| Ending balance on 10/31 | | | | | 918.91 |
| Totals | | | $3,652.01 | $4,675.67 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1017 | 10/27 | 242.00 | 1018 | 10/16 | 40.00 | 1021 * | 10/27 | 8.00 |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/01/2015 - 10/31/2015 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|



*Monthly service fee summary (continued)*

| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period | |
|---|---|---|---|
| 1) Have any ONE of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $977.00 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 37 | ☑ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 1 | ☑ |
| · Linked Wells Fargo Credit Card qualified purchase transactions | 5 | 0 | ☐ |
| · Linked Wells Fargo Credit Card total qualified purchases | $500.00 | $0.00 | ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☐ |
| · Average ledger balances in business checking, savings, and time accounts | | | |
| · Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | | |
| · Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan™, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | | |
| 2) Complete the package requirements | | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 12 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

**Spread some joy with customizable Wells Fargo Visa® Gift Cards**

**Order early and have your shipping fees waived for bulk orders of 25 cards or more**

Wells Fargo Visa Gift Cards make great holiday gifts for your employees and allow you to:
- Customize the cards with a message or your company name.
- Choose any denomination between $25 and $500.
- Give with confidence, knowing the money never expires.

Get started on your holiday shopping today! Order your gift cards online at wellsfargo.com/giftcard. **Offer valid from October 19, 2015 through November 20, 2015.**



 IMPORTANT ACCOUNT INFORMATION

Good News! Effective October 22, 2015, you will have quicker access to funds from your check deposits. All or a portion of your check deposits may be immediately available for your use on the day of deposit. You can use those funds to withdraw cash, complete transfers and make debit card transactions.

**Amendment to our Funds Availability Policy**
Our policy is to make the first $400 of a business day's check deposits to your checking or savings account available to you on the day we receive the deposits. Check deposits not receiving such availability on the business day (typically Monday-Friday) we receive the deposits, will receive availability on the first business day after the day we receive your deposits.

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit. If we are not going to make all funds from your deposit available on the business day of deposit or the first business day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your              $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

Account number: ████4936 ■ October 1, 2015 - October 31, 2015 ■ Page 1 of 4



WELLS FARGO

DEBORAH BREWER
DBA DEBORAH BREWER JEWELRY
DEBTOR IN POSSESSION
CH 11 CASE 13-05709 AZ
3104 E CAMELBACK RD
PHOENIX AZ 85016-4502

### Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $574.28 |
| Deposits/Credits | 0.01 |
| Withdrawals/Debits | - 406.00 |
| **Ending balance on 10/31** | **$168.29** |
| Average ledger balance this period | $348.47 |

Account number: ████4936
**DEBORAH BREWER**
**DBA DEBORAH BREWER JEWELRY**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-05709 AZ**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $348.47 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.12 |

Case 2:13-bk-05709-DPC    Doc 328    Filed 11/30/15    Entered 11/30/15 17:11:38    Desc
Main Document    Page 12 of 15



**WELLS FARGO**

---

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 10/13 | ✱ Transfer to Brewer Abigail Ref #Ppegdkk26F Via Mobile | | 100.00 | 474.28 |
| 10/15 | ✱ Online Transfer to Deborah Brewer Ref #Ibexvv4Yww Business Checking Via Mobile | | 300.00 | 174.28 |
| 10/30 | Interest Payment | 0.01 | | |
| 10/30 | Monthly Service Fee | | 6.00 | 168.29 |
| | Ending balance on 10/31 | | | 168.29 |
| **Totals** | | **$0.01** | **$406.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✱ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/01/2015 - 10/31/2015 | Standard monthly service fee $6.00 | You paid $6.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | **Minimum required** | **This fee period** |
| Have any ONE of the following account requirements | | |
| · Average collected balance | $500.00 | $348.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |
| YC/YC | | |

---

### Other Wells Fargo Benefits

**Spread some joy with customizable Wells Fargo Visa® Gift Cards**

**Order early and have your shipping fees waived for bulk orders of 25 cards or more**

Wells Fargo Visa Gift Cards make great holiday gifts for your employees and allow you to:
- Customize the cards with a message or your company name.
- Choose any denomination between $25 and $500.
- Give with confidence, knowing the money never expires.

Get started on your holiday shopping today! Order your gift cards online at wellsfargo.com/giftcard. **2015 through November 20, 2015.**      **Offer valid from October 19,**

 # IMPORTANT ACCOUNT INFORMATION

---

Good News! Effective October 22, 2015, you will have quicker access to funds from your check deposits. All or a portion of your check deposits may be immediately available for your use on the day of deposit. You can use those funds to withdraw cash, complete transfers and make debit card transactions.



**Amendment to our Funds Availability Policy**

Our policy is to make the first $400 of a business day's check deposits to your checking or savings account available to you on the day we receive the deposits. Check deposits not receiving such availability on the business day (typically Monday-Friday) we receive the deposits, will receive availability on the first business day after the day we receive your deposits.

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit. If we are not going to make all funds from your deposit available on the business day of deposit or the first business day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |       |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801